FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6568

JUDGE KENNELLY
MAGISTRATE JUDGE MASON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFEWAY FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | No. |
| ) | |
| v. ) | |
| ) | |
| C&S WHOLESALE GROCERS, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant C&S Wholesale Grocers, Inc. ("C&S") hereby removes to this Court the state action described below.

1. On or about September 21, 2007, Plaintiff Lifeway Foods, Inc. ("Lifeway") brought an action in the Circuit Court of Cook County, Illinois, entitled *Lifeway Foods, Inc. v. C&S Wholesale Grocers, Inc.*, Case No. 07 L 10006.

2. C&S received service of the summons and complaint on October 23, 2007. This notice therefore is timely under 28 U.S.C. § 1446(b).

3. A copy of all of all process, pleadings, and orders served upon EMS in the state court are attached hereto as Exhibit A.

4. The complaint alleges (Ex. A ¶ 1), and C&S admits, that Lifeway is an Illinois corporation with a principal place of business in Illinois.

5. The complaint alleges (Ex. A ¶ 2) that C&S is a Delaware corporation with a principal place of business in New Hampshire. C&S admits that its principal place of business in New Hampshire. C&S actually is a Vermont corporation.

6. Therefore, Lifeway and C&S are citizens of different states.

7. The Complaint seeks a judgment of "not less than $136,768.22," which is expressly exclusive of interest and costs. (Ex. A p.9.)

8. Therefore, the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

9. Accordingly, this is a civil action in which this Court has original diversity jurisdiction under 28 U.S.C. § 1332.

10. In accordance with 28 U.S.C. § 1441(b), the sole defendant is not a citizen of Illinois.

11. For all of these reasons, this case is removable to this Court under 28 U.S.C. § 1441(a)-(b).

12. C&S' counsel has signed this notice pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Respectfully submitted,

C&S WHOLESALE GROCERS, INC.

By _____
Its Attorney

Jay R. Hoffman (No. 6193213)
Suite 1800
303 West Madison Street
Chicago, IL 60606
(312) 899-0899
jay@hoffmanlegal.com

2