07 C 6568

JUDGE KENNELLY
MAGISTRATE JUDGE MASON

# EXHIBIT  A

2120 - Served                     2121 - Served
2220 - Not Served                 2221 - Not Served
2320 - Served By Mail             2321 - Served By Mail
2420 - Served By Publication      2421 - Served By Publication
SUMMONS                           ALIAS - SUMMONS          CCG N001-10M-1-07-05 (                    )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)
LIFEWAY FOODS, INC.

v.

C & S WHOLESALE GROCERS, INC.

No. 2007 L 010006

C&S WHOLESALE GROCERS, INC.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

"ALIAS"
SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____801_____, Chicago, Illinois 60602

☐ District 2 - Skokie            ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood
5600 Old Orchard Rd.                2121 Euclid                         1500 Maybrook Ave.
Skokie, IL  60077                   Rolling Meadows, IL  60008          Maywood, IL  60153

☐ District 5 - Bridgeview        ☐ District 6 - Markham             ☐ Child Support
10220 S. 76th Ave.                  16501 S. Kedzie Pkwy.               28 North Clark St., Room 200
Bridgeview, IL  60455               Markham, IL  60426                  Chicago, Illinois  60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 43381                              WITNESS, OCT 1 9 2007
Name: McDONALD HOPKINS LLC
Atty. for: PLAINTIFF
Address: 640 N. LA SALLE, STE. 590
City/State/Zip: CHICAGO, IL 60610                    Clerk of Court
Telephone: 312-280-0111                        Date of service: Oct 23, 07
                                               (To be inserted by officer on copy left with defendant
Service by Facsimile Transmission will be accepted at: _____      or other person)

                                               (Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LIFEWAY FOODS, INC., | ) | 07 SEP 21  PM 3: 59 |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| C&S WHOLESALE GROCERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Plaintiff, LIFEWAY FOODS, INC. ("Lifeway") by and through its attorneys, McDONALD HOPKINS LLC, as and for its complaint against Defendant, C&S WHOLESALE GROCERS, INC. ("C&S"), states as follows:

### The Parties

1.  Plaintiff, Lifeway, is a publicly traded corporation organized and existing under the laws of the State of Illinois with its principle place of business located at 6143 West Oakton, Morton Grove, Cook County, Illinois.

2.  Defendant, C&S, is a Delaware corporation, with its corporate headquarters located in Keene, New Hampshire.

### Jurisdiction and Venue

3.  This Court has jurisdiction under Section 2-209 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-209, as C&S transacts business in Illinois and C&S entered into a contract which is substantially connected with the state of Illinois.

4.  Venue properly exists in this county pursuant to Section 2-101 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-101, as Cook County is where the transaction or some part thereof occurred out of which the cause of action arises.

## Common Facts

5. Lifeway engages in the manufacture, sale and distribution of cultured, probiotic and functional food products in the health food industry.

6. Lifeway's main product is kefir, a milk-based drink with a considerable shelf-life ("Lifeway's kefir product").

7. C&S is a wholesale food distribution company which distributes food products to supermarkets, retail stores and military bases, serving over 5,000 stores via warehouses in Vermont, Massachusetts, Connecticut, New York, New Jersey, Pennsylvania, Maryland, Ohio, California, Hawaii, Alabama, South Carolina and Tennessee.

8. Upon information and belief, C&S has an exclusive relationship with its customers, including A&P Food Mart and Pathmark. Pursuant to this exclusive relationship, if a company wants to sell food products with C&S' customers they have to contract with C&S for purchase and delivery of such product.

9. In or around January 2006, Lifeway, desiring to enter into the New England public grocery market, entered into an oral agreement with C&S pursuant to which Lifeway agreed to sell and ship its kefir products to C&S and C&S agreed to place purchase orders for Lifeway's kefir products for its customers and upon delivery of Lifeway's kefir products timely distribute Lifeway's kefir products to its customers and pay Lifeway in accordance with the terms of Lifeway's invoices (the "Contract").

10. As part of the Contract and at C&S' demand, Lifeway also agreed to pay a $50,000 slotting fee to Pathmark for shelf space for five of its kefir product at Pathmark's stores for one year and in exchange for which, C&S represented that Pathmark would place with C&S orders

for orders of Lifeway's kefir products for which C&S would pay Lifeway according to the terms of Lifeway's invoices.

11. On May 24, 2006, C&S unilaterally deducted the full $50,000 slotting fee from the amount C&S owed to Lifeway on Lifeway's invoice.

12. Lifeway never agreed to allow C&S to deduct the sum of $50,00.00 from amounts owed to Lifeway by C&S.

13. From January 2006 through January 2007, C&S, purportedly on behalf of its customers, placed purchase orders for kefir products with Lifeway.

14. From January 2006 through January 2007, Lifeway timely processed C&S' orders and timely shipped its kefir products to C&S.

15. C&S timely received Lifeway's kefir products in good condition and merchantable condition.

16. Lifeway sent weekly invoices to C&S with the number of items and pallets being shipped. C&S received each of Lifeway's invoices which expressly state "No deduction can be made from the invoice." A true and accurate copy of a Lifeway invoice is attached hereto as Exhibit A and incorporated herein.

17. When C&S received Lifeway's invoices, instead of paying the invoice according to their terms, C&S, without contacting Lifeway to dispute any of the charges, unilaterally claimed past credits by deducting credit amounts from its payments to Lifeway for other purchases.

18. C&S then issued checks to Lifeway in the reduced amount and sent a facsimile with a check cover sheet report reflecting the credits C&S claimed.

19. The facsimiles from C&S also reflect that C&S without any explanation unilaterally sent many of Lifeway's kefir products to C&S' reclamation facility.

20. In conjunction with sending many of Lifeway's kefir products to C&S' reclamation facility, C&S also unexplainably charged various return and processing fees.

21. Each facsimile C&S sent to Lifeway also included a March 21, 2004 letter explaining the dispute resolution process which C&S stated would take approximately four to eight weeks to resolve.

22. C&S continued unilaterally taking these credits, return/processing fees and reclamation deductions out of the payments it made to Lifeway.

23. By way of example, on March 21, 2006, Lifeway received four facsimiles from C&S with the same March 22, 2004 ( a date two years earlier than when the facsimile was sent) letter and four check cover sheet reports reflecting that C&S unilaterally sent $179.37 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $35.46 in return/processing costs and took credits some of which were not identified and others of which were vaguely designated as "out of code damaged" from January 28, 2006, February 4, 2006 and February 25, 2006 and a $150 "multiple items on one pallet" credit. True and accurate copies of the March 21, 2006 facsimiles are attached hereto as <u>Exhibit B</u> and incorporated herein.

24. On April 3, 2006, Lifeway received a facsimile from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent $132.48 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $25.85 in return/processing costs, and took an unidentified credit for $158.34. A true and accurate copy of the April 3, 2006 facsimile is attached hereto as <u>Exhibit C</u> and incorporated herein.

25. On April 11, 2006, Lifeway received three facsimiles from C&S with the same March 22, 2004 letter and check cover sheet reports reflecting that C&S unilaterally sent $92.94 worth of Lifeway's product to C&S' reclamation facility, unilaterally charged Lifeway $18.11 in

{1199561:5}                                    4

return/processing costs, and unilaterally took two unidentified credits in the amount of $111.08. True and accurate copies of the April 11, 2006 facsimiles are attached hereto as <u>Exhibit D</u> and incorporated herein.

26. On July 24, 2006, Lifeway received eight facsimiles from C&S with the same March 22, 2004 letter and eight separate check cover sheet reports reflecting that collectively C&S unilaterally sent $3,955.54 worth of Lifeway's product to C&S' reclamation facility, unilaterally charged Lifeway $781.58 in return/processing costs, and unilaterally took deductions many of which were completely unidentified and others of which were vaguely designated as "pricing difference," "quantity difference," "out of code damaged 6/10/06," "out of code damaged 5-15-06," a $200 "C and S service fee," "out of code damaged 6/24/06," "out of code damaged 5-20-06" and two $150 "multiple items on one pallet." True and accurate copies of the July 24, 2006 facsimiles are attached hereto as <u>Exhibit E</u> and incorporated herein.

27. The July 24, 2006 check cover sheet report also reflects that C&S deducted the full $50,000 slotting fee, designated as a $50,000 "Pathmark deduction." <u>Exhibit F.</u>

28. On July 27, 2006, Lifeway received a facsimile from C&S reflecting that C&S unilaterally sent $565.66 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway 111.16 in return/processing costs and took several unidentified credits and other credits vaguely designated as "out of code damaged" from July 1, 2006 and $150 "multiple items on one pallet" credit.  A true and accurate copy of the July 27, 2006 facsimile is attached hereto as <u>Exhibit G</u> and incorporated herein.

29. On July 31, 2006, Lifeway, received a facsimile from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally took credit vaguely

designated by C&S as a "pricing difference." A true and accurate copy of the July 31, 2006 facsimile is attached hereto as Exhibit H and incorporated herein.

30. On August 4, 2006, Lifeway received two facsimiles from C&S with the same March 22, 2004 letter and check cover sheet reports reflecting that C&S unilaterally sent $2,264,67 worth of Lifeway's product to C&S' reclamation facility and charged Lifeway $463.95 in return/processing costs. True and accurate copies of the August 4, 2006 facsimiles are attached hereto as Exhibit I and incorporated herein.

31. On August 14, 2006, Lifeway received a facsimile from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent $386.41 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $87.22 in return/processing costs and took credits many of which were unidentified and others of which were vaguely designated as "out of code damaged" from June 24, 2006 and July 15, 2006. A true and accurate copy of the August 14, 2006 facsimile is attached hereto as Exhibit J and incorporated herein.

32. On August 28, 2006, Lifeway received three facsimiles from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent $1,982.72 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $435.01 in return/processing costs and unilaterally took credits many of which were unidentified and others of which were vaguely designated as "out of code damaged" from July 2006, "quantity difference" and "sales to WB/A&P". True and accurate copies of the August 28, 2006 facsimiles are attached hereto as Exhibit K and incorporated herein.

33. On September 11, 2006, Lifeway received three facsimiles from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent

$803.30 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $230.28 in return/processing costs and unilaterally took credits many of which were unidentified and others of which were vaguely designated as "out of code damaged" from August 2006. True and accurate copies of the September 11, 2006 facsimiles are attached hereto as <u>Exhibit L</u> and incorporated herein.

34. On September 19, 2006, Lifeway received three facsimiles from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent $2,890.16 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $612.96 in return/processing costs and unilaterally took credits many of which were unidentified and others of which were vaguely designated as "out of code damaged" from August 19, 2006, "multiple items on one pallet," and "pallet charges." True and accurate copies of the September 19, 2006 facsimiles are attached hereto as <u>Exhibit M</u> and incorporated herein.

35. On September 26, 2006, Lifeway received two facsimiles from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent $1,901.63 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $480.94 in return/processing costs and unilaterally took credits many of which were unidentified and others of which were vaguely designated as "out of code damaged" from August 26, 2006. True and accurate copies of the September 26, 2006 facsimiles are attached hereto as <u>Exhibit N</u> and incorporated herein.

36. On or around September 2006 and unbeknownst to Lifeway, A&P stopped ordering Lifeway's kefir product but C&S, with knowledge that A&P had discontinued ordering Lifeway's kefir product, continued placing orders with Lifeway for A&P. It was not until

February 2007, Lifeway finally discovered A&P had stopped ordering Lifeway's product back in September 2006.

37. On October 3, 2006, Lifeway received two final facsimiles from C&S with the same March 22, 2004 letter and a check cover sheet report reflecting that C&S unilaterally sent $4,136.87 worth of Lifeway's product to C&S' reclamation facility, charged Lifeway $1,151.81 in return/processing costs and unilaterally took credits many of which were unidentified and others of which were vaguely designated as "out of code damaged" from September 2006 and "improper block or tier." True and accurate copies of the October 3, 2006 facsimiles are attached hereto as Exhibit O and incorporated herein.

38. Many of C&S' weekly reclamation notices reflected the entire shipment of Lifeway's kefir product to C&S had been sent to C&S' reclamation facility.

39. Upon information and belief, C&S placed purchase orders for kefir products with Lifeway even though C&S' customers had not ordered any kefir products. Then, upon delivery of Lifeway's kefir products to C&S' warehouse, C&S never distributed the kefir products to its own customers. After Lifeway's kefir products passed their expiration date, C&S then sent the products to its reclamation facility.

40. Upon information and belief, C&S engaged in this scheme so that C&S could charge Lifeway for the product through improper credits.

41. On or around September 2006, Pathmark, unbeknownst to Lifeway, stopped ordering Lifeway's kefir product from C&S.

42. Yet, with full knowledge that Pathmark had discontinued placing orders for Lifeway's kefir product, C&S continued placing orders with Lifeway purportedly on behalf of Pathmark.

43. In February 2007, when Lifeway discovered Pathmark had discontinued placing orders for Lifeway's kefir back in September 2006, Lifeway immediately demanded C&S repay the $50,000 slotting fee.

44. C&S failed and refused to repay Lifeway any portion of the $50,000 slotting fee.

45. Lifeway further demanded C&S pay the outstanding sums due on the invoices.

46. C&S failed and refused to pay any sums due and owing on the invoices.

47. Lifeway reasonably expected to be doing business in the New England market for at least one year. However, since Lifeway was caused to stop doing business with C&S, Lifeway has been forced out of the majority of the New England market.

## COUNT I
## (Breach of Contract)

48. Lifeway repeats and alleges Paragraphs 1 through 47 as if fully plead herein.

49. Lifeway performed each and every obligation required of it pursuant to the terms of its Contract with C&S.

50. C&S breached the Contract in one or more of the following ways:

    a.  By placing purchase orders for kefir products with Lifeway even though C&S' customers had not ordered any kefir products;

    b.  By failing to timely distribute Lifeway's kefir products to its customers upon Lifeway's delivery of kefir products to C&S' warehouses;

    c.  By unilaterally, without explanation, sending Lifeway's kefir products to a C&S reclaimation facility;

    d.  By charging unreasonable return and processing fees for unilaterally sending Lifeway's kefir products to C&S reclamation facility;

    e.  By taking unexplainable credits and deductions for Lifeway kefir products sold and delivered to C&S between January 2006 and January 2007;

    f.  By failing to pay Lifeway in accordance with the terms of Lifeway's invoices; and

g. For failing to repay the $50,000 slotting fee for shelf space at Pathmark.

51. Lifeway has demanded that C&S pay the monies to which it is due and owing.

52. C&S, notwithstanding such demand, has failed and refused to pay Lifeway the amount due and owing.

53. As a direct and proximate result of C&S' failure to comply with the terms of its agreement with Lifeway, Lifeway has been damaged in the sum of $86,768.22 for unpaid invoices, credits, deductions, service fees and reclamations costs plus $50,000 for the slotting fee plus lost profits which were reasonably contemplated at the time the Contract was entered into and interest.

54. 815 ILCS 205/2 provides that creditors shall be allowed to receive interest at the rate of five percent (5%) per annum for money after they become due when withheld by unreasonable and vexatious delay of payment.

55. C&S' failure to pay Lifeway all sums due and owing is unreasonable and vexatious.

WHEREFORE, Plaintiff, LIFEWAY FOODS, INC, prays that the Court enter judgment in its favor and against Defendant C&S WHOLESALE GROCERS, INC. in an amount to be determined at trial but not less than 136,768.22 plus prejudgment interest, costs, lost profits and for such other and further relief as the Court deems just and proper.

## COUNT II
### (In the Alternative, *Quantum Meruit*)

56. Lifeway repeats and alleges Paragraphs 1 through 8 and Paragraphs 13 through 15 as though fully plead herein.

57. Lifeway provided kefir products at the specific request of C&S for the time period of January 2006 through January 2007.

58. Lifeway paid C&S and/or Pathmark a $50,000 slotting fee at C&S' specific request.

59. C&S accepted Lifeway's kefir products and the $50,000 slotting fee.

60. C&S received the benefit of Lifeway's kefir products and slotting fee.

61. C&S knew that Lifeway provided kefir products for C&S with the expectation of being paid for its product.

62. C&S knew that Lifeway paid the $50,000 slotting fee to C&S through C&S' unilateral deduction of the sum of $50,000 from Lifeway's invoices with the expectation that C&S would place and pay for orders from Pathmark for five of Lifeway's kefir products for at least one year.

63. Lifeway's kefir products have a fair value of $86,768.22.

64. As a direct and proximate result of C&S' failure to pay Lifeway for the kefir products, Lifeway has suffered a loss in the sum of $86,768.22.

65. As a direct and proximate result of C&S' failure to repay Lifeway the $50,000 slotting fee, Lifeway has suffered a loss in the sum of $50,000.

66. C&S received and retained a benefit from the deduction of the $50,000 slotting fee as well as the shipment by Lifeway to C&S of Lifeway's kefir products.

67. It would be inequitable, unjust and unfair for C&S to retain the benefit of Lifeway's kefir products and slotting fee without paying the fair value thereof.

WHEREFORE, Plaintiff, LIFEWAY FOODS, INC, prays that the Court enter judgment in its favor and against Defendant C&S WHOLESALE GROCERS, INC. in an amount to be determined at trial but not less than 136,768.22 plus costs and for such other and further relief as the Court deems just and proper.

## COUNT III
### (In the Alternative, Unjust Enrichment)

68. Lifeway repeats and alleges Paragraphs 1 through 8 and Paragraphs 13 through 15 as though fully plead herein.

69. C&S received the fair and reasonable value of Lifeway's kefir products described herein and the slotting fee.

70. The fair and reasonable value of Lifeway's kefir products and the slotting fee is $136,768.22.

71. C&S has unjustly retained the benefit of Lifeway's kefir products and slotting fee to Lifeway's detriment.

72. C&S' retention of this benefit violates the fundamental principles of justice, equity, and good conscience.

WHEREFORE, Plaintiff, LIFEWAY FOODS, INC, prays that the Court enter judgment in its favor and against Defendant C&S WHOLESALE GROCERS, INC. in an amount to be determined at trial but not less than 136,768.22 plus costs and for such other and further relief as the Court deems just and proper.

LIFEWAY FOODS, INC.,

By: _____
One of its Attorneys

**ATTORNEYS FOR PLAINTIFF**
McDONALD HOPKINS LLC
RICHARD N. KESSLER, ESQ.
JENNY JAMIOLKOWSKI, ESQ.
640 N. LaSalle Street – Suite 590
Chicago, IL 60610-3731
(312) 280-0111
Firm No. 43381

{1199561:5}                    12

# LIFEWAY FOODS, INC.

**INVOICE**

6431 W. OAKTON ST. - MORTON GROVE, IL 60053
PH. 847-967-1010 • FAX 847-967-6558
E-MAIL: INFO@LIFEWAY.NET
WWW.KEFIR.COM • WWW.LIFEWAY.NET

| S O L D   T O | C&S WHOLESALE GROCERS/AVENEL<br>OLD FERRY ROAD<br>BRATTLEBORO, VT  05301 | S H I P   T O | C&S WHOLESALE GROCERS<br>275 OMAR AVE.<br>AVENEL, NJ  07001 |
|---|---|---|---|

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 8/08/06 | | 137434 | | Dest | Net 30 Days | 3456 | | |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | UNIT | UNIT PRICE | AMOUNT | EXP. DATE |
|---|---|---|---|---|---|
| PLAIN L/F KEFIR  (12/CS) | 34.00 | CS | 22.20 | 754.80 | 10.17 |
| STR-BAN KEFIR 8 OZ(24/CS) | 70.00 | CS | 15.60 | 1092.00 | 10.27 |
| STR-BAN KEFIR (12/CS) | 85.00 | CS | 22.20 | 1887.00 | 10.21 |
| PEACH KEFIR 8oz (24/CS) | 100.00 | CS | 15.60 | 1560.00 | 10.27 |
| PLAIN L/F KEFIR 8oz(24/CS) | 80.00 | CS | 15.60 | 1248.00 | 10.27 |
| STRAWBERRY KEFIR 8oz (24/CS) | 70.00 | CS | 15.60 | 1092.00 | 10.21 |
| PEACH L/F ORGANIC (12/CS) | 102.00 | CS | 24.00 | 2448.00 | 10.21 |
| PLAIN L/F ORGANIC (12/CS) | 85.00 | CS | 24.00 | 2040.00 | 10.21 |
| RASPBERRY L/F ORGANIC (12/CS) | 102.00 | CS | 24.00 | 2448.00 | 10.21 |
| STRAWBERRY L/F ORGANIC (12/CS) | 85.00 | CS | 24.00 | 2040.00 | 10.21 |

PLEASE RETURN THIS
PORTION WITH YOUR
PAYMENT

ATTENTION: ACCOUNTS PAYABLE
NO DEDUCTION CAN BE MADE FROM THE INVOICE. BILL US DIRECTLY
FOR ANY CREDITS, ADVERTISEMENTS OR PROMOTIONS

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| | | | | | ► 16,609 80 | 16609.80 |

EXHIBIT
A

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS


**Date:**    3/21/2006 5:19 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT





**WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 03/21/06              C & S WHOLESALE GROCERS
                                 CHECK COVER SHEET REPORT      C&S WHOLESALE GROCERS INC.    PAGE 1023
            LIFEWAY              31985                         OLD FERRY ROAD
            6431 W OAKTON                                      P.O. BOX 821
            MORTON GROVE IL       ZIP- 60053                   BRATTLEBORO VT.  05302
               CHECK#       INVOICE#              PO NUM  VOUCHER#      GROSS      DISCOUNT         NET

                                                                                             0.00
```

```
                        C & S WHOLESALE GROCERS
                     UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        24                   REMIT TO:  C & S WHOLESALE
INVOICE DATE:         03/12/06                        OLD FERRY ROAD
INVOICE NUMBER:       DC241073-000100059             BRATTLEBORO, VT  05301
CONTROL NUMBER:       24-EE00031985                  ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:            31985
DISPOSITION CODE:     AA                   PLEASE INCLUDE INVOICE NUMBER WHEN
                                           RESPONDING
```

```
BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                          UNSALEABLES
==================================================================================
                                               PRE
              ITEM          ITEM             DAMAGE
UPC           DESCRIPTION   NUMBER   QTY   COST   DPC          TOTALS
==================================================================================
01707710332   LIFEWAY STRAWBE        1    1.85   .1274          1.98
                                   =====                 =============
                                     1                         1.98
```

```
                                         EXPENSE   EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS       PER ITEM   TOTAL
------------------------------------     --------  --------
              CENTER OPTION                .0190      .01
              OPERATIONS THRU SCAN         .2390      .23
              PROCESSING CHUTE:      *    0.0000     0.00
              TOTAL REC CENTER COST        .2580     0.00
           A. POST DAMAGE HANDLING         .1280      .12
           B. RECLAMATION CENTER          0.0000     0.00
                                                  =========
              INVOICE TOTAL                          2.34
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 03/05/06 TO Mar 11 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**       RAYA

**Fax:**      8479676558

**From:**     C & S WHOLESALE GROCERS


**Date:**     3/21/2006 5:19 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



C&S WHOLESALE GROCERS, INC.

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 03/21/06         C & S WHOLESALE GROCERS
            LIFEWAY         CHECK COVER SHEET REPORT   C&S WHOLESALE GROCERS INC.   PAGE 1021
            6491 W OAKTON   31985                      OLD FERRY ROAD
                                                       P.O. BOX 821
            MORTON GROVE IL     ZIP- 60053             BRATTLEBORO VT.  05302
            CHECK#      INVOICE#          PO NUM  VOUCHER#      GROSS    DISCOUNT       NET
                                                                                      0.00
```

```
                    C & S WHOLESALE GROCERS
                 UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        23              REMIT TO:  C & S WHOLESALE
INVOICE DATE:         03/05/06                   OLD FERRY ROAD
INVOICE NUMBER:       DC238742-000100058         BRATTLEBORO, VT  05301
CONTROL NUMBER:       23-EE00031985              ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:            31985
DISPOSITION CODE:     AA                PLEASE INCLUDE INVOICE NUMBER WHEN
                                        RESPONDING


BILL TO :  LIFEWAY
           6491 W OAKTON
```

```
                         UNSALEABLES
=================================================================
                                        PRE
         ITEM           ITEM            DAMAGE
UPC      DESCRIPTION    NUMBER   QTY    COST    DPC      TOTALS
=================================================================
01707710732  LIFEWAY LF BAN/        5   1.85    .1274      9.89
                                   =====            ==============
                                       5                   9.89
```

```
                                        EXPENSE    EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS      PER ITEM   TOTAL
-----------------------------------------------------------------
                     CENTER OPTION        .0190         .09
                     OPERATIONS THRU SCAN .2390        1.19
                     PROCESSING CHUTE:   0.0000        0.00
                     TOTAL REC CENTER COST .2580       0.00
                A. POST DAMAGE HANDLING   .1280         .64
                B. RECLAMATION CENTER    0.0000        0.00
                                                  ==============
                     INVOICE TOTAL                     11.81
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 02/26/06 TO Mar 04 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

| | |
|---|---|
| **To:** | RAYA |
| **Fax:** | 8479676558 |
| **From:** | C & S WHOLESALE GROCERS |
| **Date:** | 3/21/2006 5:19 PM |
| **Pages:** | 1 of 3 (including this page) |
| **Subject:** | CHECK COVER SHEET REPORT |

# C&S WHOLESALE GROCERS, INC.

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
   a. Check stub remittance
   b. Copy of check cover-sheet
   c. Letter detailing your dispute claim.
   d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
   e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 03/21/06              C & S WHOLESALE GROCERS
                                CHECK COVER SHEET REPORT    C&S WHOLESALE GROCERS INC.   PAGE 1019
       LIFEWAY                  31985                       OLD FERRY ROAD
       6431 W OAKTON                                        P.O. BOX 821
       NORTON GROVE IL    ZIP- 60053                        BRATTLEBORO VT.  05302
            CHECK#        INVOICE#          PO NUM  VOUCHER#       GROSS     DISCOUNT       NET

                                                                                         0.00
```

```
                         C & S WHOLESALE GROCERS
                      UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:      22                REMIT TO:  C & S WHOLESALE
INVOICE DATE:      02/26/06                      OLD FERRY ROAD
INVOICE NUMBER:    DC223149-000100055            BRATTLEBORO, VT  05301
CONTROL NUMBER:    22-EE00031985                 ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:         31985
DISPOSITION CODE:  AA                PLEASE INCLUDE INVOICE NUMBER WHEN
                                     RESPONDING


BILL TO : LIFEWAY
          6431 W OAKTON
```

```
                              UNSALEABLES

                                                PRE
              ITEM        ITEM                   DAMAGE
UPC           DESCRIPTION NUMBER   QTY   COST    DPC       TOTALS

01707710232   LIFEWAY PLAIN K      35    1.85    .1274     69.21
01707710332   LIFEWAY STRAWBE       9    1.85    .1274     17.80
01707710532   LIFEWAY LF CHER      10    1.85    .1274     19.77
01707710732   LIFEWAY LF BAN/       7    1.85    .1274     13.84
01707750332   LIFEWAY FF BAN/       8    1.70    .1171     14.54
01707750532   LIFEWAY FF PEAC       8    1.70    .1171     14.54
01707750632   LIFEWAY FF BLUE       9    1.85    .1274     17.80
                                   =====                  ========
                                    86                     167.50


                                         EXPENSE    EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS       PER ITEM   TOTAL
-----------------------------------------------------------
               CENTER OPTION              .0190       1.63
               OPERATIONS THRU SCAN       .2390      20.55
               PROCESSING CHUTE:         0.0000       0.00
               TOTAL REC CENTER COST      .2580       0.00
        A. POST DAMAGE HANDLING           .1280      11.00
        B. RECLAMATION CENTER            0.0000       0.00
                                                   ========
           INVOICE TOTAL                            200.68
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 02/19/06 TO Feb 25 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**      RAYA

**Fax:**      8479676558

**From:**    C & S WHOLESALE GROCERS


**Date:**    3/21/2006 5:19 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



**WHOLESALE GROCERS, INC.**

OLD PERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate.  In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy.  Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn:  Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note:  Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 03/21/06              C & S WHOLESALE GROCERS       C&S WHOLESALE GROCERS INC.    PAGE 1017
       LIFEWAY                   CHECK COVER SHEET REPORT      OLD FERRY ROAD
       6431 W OAKTON             31985                         P.O. BOX 821
       MORTON GROVE IL    ZIP- 60053                           BRATTLEBORO VT.  05302
          CHECK#    INVOICE#                PO NUM  VOUCHER#        GROSS    DISCOUNT              NET
          6635270  0071                     818443  145586      1,734.00        0.00          1,734.00
          6635270  0178                     818391  145593      1,387.20        0.00          1,387.20
          6635270  213786818                     0  213786         20.40-       0.00             20.40-
ADJ 008842  LIFEWAY STRAWBERRY K   12  32.00  000000  0213786       20.40-       1.00  CS  OUT OF CODE - DAMAGED 1-28-06
ADJ 008850  LIFEWAY LF BAN/STRBR   12  32.00  000000  0213791       40.80-       0.00             40.80-
          6635270  213791818                     0  213791         40.80-       2.00  CS  OUT OF CODE - DAMAGED 1-28-06
ADJ 008848  LIFEWAY LF CHERRY KE   12 0032.00  000000  0257600      20.40-       0.00             20.40-
          6635270  257600818                     0  257600         20.40-       1.00  CS  OUT OF CODE DAMAGE 2/4/06
ADJ 008850  LIFEWAY LF BAN/STRBR   12  32.00  000000  0364679       20.40-       0.00             20.40-
          6635270  364679818                     0  364679         20.40-       1.00  CS  OUT OF CODE CODE 7 2/25/06
          6635270  DC223149                      0  081707        200.70-       0.00            200.70-
          6635270  DC238742                      0  082787         11.82-       0.00             11.82-
          6635270  DC241073                      0  083853          2.37-       0.00              2.37-
          6635270  IQ00818442              818442  408425        150.00-       0.00            150.00-
ADJ 000000                                   000000  0408425      150.00-       0.00  CS  MULTIPLE ITEMS ON ONE PALLET

                                                                                            2,654.31
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    4/3/2006 5:27 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



EXHIBIT

C



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 04/03/06          C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.   PAGE  583
       LIFEWAY               CHECK COVER SHEET REPORT     OLD FERRY ROAD
       6431 W OAKTON         31985                        P.O. BOX 821
       MORTON GROVE IL      ZIP- 60053                    BRATTLEBORO VT.  05302
       CHECK#          INVOICE#               PO NUM  VOUCHER#      GROSS      DISCOUNT          NET

                                                                                               0.00
```

```
                              C & S WHOLESALE GROCERS
                          UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        26                    REMIT TO:  C & S WHOLESALE
INVOICE DATE:         03/26/06                         OLD FERRY ROAD
INVOICE NUMBER:       DC265180-000100061               BRATTLEBORO, VT  05301
CONTROL NUMBER:       26-EE00031985                    ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:            31985
DISPOSITION CODE:     AA                    PLEASE INCLUDE INVOICE NUMBER WHEN
                                            RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES
```

| UPC | ITEM DESCRIPTION | ITEM NUMBER | QTY | COST | PRE DAMAGE DPC | TOTALS |
|---|---|---|---|---|---|---|
| 01707710232 | LIFEWAY PLAIN K | | 19 | 1.85 | .1274 | 37.57 |
| 01707750132 | LIFEWAY FF PLAI | | 46 | 1.85 | .1274 | 90.96 |
| 01707750632 | LIFEWAY FF BLUE | | 2 | 1.85 | .1274 | 3.95 |
| | | | 67 | | | 132.48 |

| SUMMARY OF RETURN/PROCESSING COSTS | EXPENSE PER ITEM | EXTENDED TOTAL |
|---|---|---|
| CENTER OPTION | .0190 | 1.27 |
| OPERATIONS THRU SCAN | .2390 | 16.01 |
| PROCESSING CHUTE:          * | 0.0000 | 0.00 |
| TOTAL REC CENTER COST | .2580 | 0.00 |
| A. POST DAMAGE HANDLING | .1280 | 8.57 |
| B. RECLAMATION CENTER | 0.0000 | 0.00 |
| INVOICE TOTAL | | 158.33 |

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 03/19/06 TO Mar 25 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

CP605 Date 04/03/06
LIFEWAY
6431 W OAKTON
MORTON GROVE IL          ZIP- 60053

C & S WHOLESALE GROCERS
CHECK COVER SHEET REPORT
31985

C&S WHOLESALE GROCERS INC.
OLD FERRY ROAD
P.O. BOX 821
BRATTLEBORO VT.  05302

PAGE  581

| CHECK# | INVOICE# | PO NUM | VOUCHER# | GROSS | DISCOUNT | NET |
|--------|----------|--------|----------|-------|----------|-----|
| 2280553 | 0437 | 818654 | 288080 | 2,080.80 | 0.00 | 2,080.80 |
| 2280553 | DC265180 | 0 | 086001 | 158.34- | 0.00 | 158.34- |
| | | | | | | 1,922.46 |

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    4/11/2006 5:15 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



EXHIBIT

D



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 04/11/06          C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.   PAGE  695
      LIFEWAY                CHECK COVER SHEET REPORT        OLD FERRY ROAD
      6431 W OAKTON          31985                          P.O. BOX 821
      MORTON GROVE IL      ZIP- 60053                        BRATTLEBORO VT.  05302
         CHECK#    INVOICE#               PO NUM  VOUCHER#      GROSS      DISCOUNT            NET
         7766999   0577                   818608  333140      2,080.80      0.00          2,080.80
         7766999   DC277449                    0  087081         30.73-     0.00             30.73-
         7766999   DC289478                    0  088147         80.35-     0.00             80.35-

                                                                                          1,969.72
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**     4/11/2006 5:15 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..


- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.


Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 04/11/06           C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.   PAGE  699
      LIFEWAY                 CHECK COVER SHEET REPORT       OLD FERRY ROAD
      6431 W OAKTON           31985                          P.O. BOX 821
      MORTON GROVE IL      ZIP- 60053                        BRATTLEBORO VT.  05302
              CHECK#       INVOICE#              PO NUM  VOUCHER#       GROSS      DISCOUNT              NET

                                                                                               0.00

                          C & S WHOLESALE GROCERS
                      UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:      28                        REMIT TO:  C & S WHOLESALE
INVOICE DATE:       04/09/06                            OLD FERRY ROAD
INVOICE NUMBER:     DC289478-000100066                  BRATTLEBORO, VT  05301
CONTROL NUMBER:     28-EE00031985                       ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:          31985
DISPOSITION CODE:   AA                        PLEASE INCLUDE INVOICE NUMBER WHEN
                                              RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                            UNSALEABLES
==========================================================================
                                            PRE
             ITEM           ITEM            DAMAGE
UPC          DESCRIPTION     NUMBER   QTY    COST    DPC          TOTALS
--------------------------------------------------------------------------
01707710232  LIFEWAY PLAIN K          21    1.85   .1274         41.53
01707710532  LIFEWAY LF CHER           2    1.85   .1274          3.95
01707710732  LIFEWAY LF BAN/           5    1.85   .1274          9.89
01707750632  LIFEWAY FF BLUE           6    1.85   .1274         11.86
                                     =====                     ========
                                      34                        67.23
```

```
                                              EXPENSE     EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS            PER ITEM    TOTAL
----------------------------------------------------------------
                     CENTER OPTION              .0190       .64
                 OPERATIONS THRU SCAN           .2390      8.12
                 PROCESSING CHUTE:    *        0.0000       0.00
                 TOTAL REC CENTER COST          .2580       0.00
          A. POST DAMAGE HANDLING               .1280      4.35
          B. RECLAMATION CENTER               0.0000       0.00
                                                        ========
                  INVOICE TOTAL                           80.34
```

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 04/02/06 TO Apr 08 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

**To:**      RAYA

**Fax:**      8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**      4/11/2006 5:15 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 04/11/06              C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.    PAGE  697
       LIFEWAY                   CHECK COVER SHEET REPORT       OLD FERRY ROAD
       6431 W OAKTON             31985                          P.O. BOX 821
       MORTON GROVE IL     ZIP- 60053                           BRATTLEBORO VT.  05302
       CHECK#        INVOICE#              PO NUM  VOUCHER#      GROSS       DISCOUNT         NET

                                                                                           0.00

                                    C & S WHOLESALE GROCERS
                                 UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:       27                        REMIT TO:  C & S WHOLESALE
INVOICE DATE:        04/02/06                            OLD FERRY ROAD
INVOICE NUMBER:      DC277449-000100062                  BRATTLEBORO, VT  05301
CONTROL NUMBER:      27-EE00031985                       ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:           31985
DISPOSITION CODE:    AA                        PLEASE INCLUDE INVOICE NUMBER WHEN
                                               RESPONDING


BILL TO : LIFEWAY
          6431 W OAKTON




                         UNSALEABLES
===============================================================================
                   ITEM         ITEM                    PRE
                                                        DAMAGE
  UPC              DESCRIPTION   NUMBER   QTY    COST    DPC        TOTALS
-------------------------------------------------------------------------------
01707710232        LIFEWAY PLAIN K        12    1.85    .1274      23.73
01707710732        LIFEWAY LF BAN/         1    1.85    .1274       1.98
                                        =====                   ===============
                                           13                      25.71


                                                EXPENSE      EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS              PER ITEM     TOTAL
-----------------------------------------       ----------   ----------
                       CENTER OPTION             .0190           .24
                       OPERATIONS THRU SCAN      .2390          3.10
                       PROCESSING CHUTE:        0.0000          0.00
                       TOTAL REC CENTER COST     .2580          0.00
                     A. POST DAMAGE HANDLING     .1280          1.66
                     B. RECLAMATION CENTER      0.0000          0.00
                                                             ===============
                       INVOICE TOTAL                           30.71



ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 03/26/06 TO Apr 01 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**   C & S WHOLESALE GROCERS


**Date:**      7/24/2006 5:17 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**EXHIBIT**

E

```
CP605 Date 07/24/06              C & S WHOLESALE GROCERS         C&S WHOLESALE GROCERS INC.    PAGE  499
      LIFEWAY                    CHECK COVER SHEET REPORT        OLD FERRY ROAD
      6431 W OAKTON              31985                           P.O. BOX 821
      MORTON GROVE IL   ZIP- 60053                               BRATTLEBORO VT.  05302
           CHECK#      INVOICE#              PO NUM  VOUCHER#      GROSS      DISCOUNT          NET

                                                                                             0.00

                               C & S WHOLESALE GROCERS
                          UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:       36                   REMIT TO:  C & S WHOLESALE
INVOICE DATE:        06/04/06                        OLD FERRY ROAD
INVOICE NUMBER:      DC366555-000100089              BRATTLEBORO, VT  05301
CONTROL NUMBER:      36-EE00031985                   ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:             31985
DISPOSITION CODE:  AA                     PLEASE INCLUDE INVOICE NUMBER WHEN
                                          RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES
        =================================================================
                                          PRE
                   ITEM        ITEM                DAMAGE
UPC                DESCRIPTION  NUMBER   QTY  COST  DPC          TOTALS
        =================================================================
01707710232        LIFEWAY PLAIN K        7   1.85  .1274         13.84
01707710332        LIFEWAY STRAWBE        1   1.85  .1274          1.98
01707710432        LIFEWAY LF RASP        1   1.85  .1274          1.98
                                      =====            ================
                                          9                       17.80


                                             EXPENSE    EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS           PER ITEM   TOTAL
-----------------------------------------    --------   --------
                   CENTER OPTION               .0190        .17
                   OPERATIONS THRU SCAN        .2390       2.15
                   PROCESSING CHUTE:   *     0.0000       0.00
                   TOTAL REC CENTER COST       .2580       0.00
           A. POST DAMAGE HANDLING             .1280       1.15
           B. RECLAMATION CENTER             0.0000       0.00
                                                       ================
                   INVOICE TOTAL                           21.27
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 05/28/06 TO Jun 03 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

| | |
|---|---|
| **To:** | RAYA |
| **Fax:** | 8479676558 |
| **From:** | C & S WHOLESALE GROCERS |

| | |
|---|---|
| **Date:** | 7/24/2006 5:17 PM |
| **Pages:** | 1 of 3 (including this page) |
| **Subject:** | CHECK COVER SHEET REPORT |



**WHOLESALE GROCERS, INC.**

OLD PERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn:  Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note:  Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/24/06           C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.   PAGE  501
        LIFEWAY               CHECK COVER SHEET REPORT      OLD FERRY ROAD
        6431 W OAKTON         31985                         P.O. BOX 821
        MORTON GROVE IL      ZIP- 60053                     BRATTLEBORO VT.  05302
           CHECK#       INVOICE#              PO NUM  VOUCHER#        GROSS      DISCOUNT        NET

                                                                                              0.00

                      C & S WHOLESALE GROCERS
                   UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:       37                   REMIT TO:  C & S WHOLESALE
INVOICE DATE:        06/11/06                        OLD FERRY ROAD
INVOICE NUMBER:      DC37851B-000100094              BRATTLEBORO, VT  05301
CONTROL NUMBER:      37-EE00031985                   ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:           31985
DISPOSITION CODE:    AA                   PLEASE INCLUDE INVOICE NUMBER WHEN
                                          RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES
==================================================================================

                              ITEM          PRE
                ITEM          NUMBER  QTY    COST    DAMAGE
UPC             DESCRIPTION                          DPC          TOTALS
------------------------------------------------------------------------
01707/10232     LIFEWAY PLAIN K        55    1.85    .1274        108.76
01707710332     LIFEWAY STRAWBE        16    1.85    .1274         31.64
01707710432     LIFEWAY LF RASP         7    2.04    .1405         15.26
                                     ======                    ==============
                                       78                        155.66
```

```
                                            EXPENSE    EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS          PER ITEM   TOTAL
--------------------------------------      --------   --------
                   CENTER OPTION              .0190      1.48
                   OPERATIONS THRU SCAN       .2390     18.64
                   PROCESSING CHUTE:         0.0000      0.00
                   TOTAL REC CENTER COST      .2580      0.00
                A. POST DAMAGE HANDLING       .1280      9.98
                B. RECLAMATION CENTER        0.0000      0.00
                                                      ==============
                   INVOICE TOTAL                        185.76
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 06/04/06 To Jun 10 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

```
CP605 Date 07/24/06              C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.   PAGE  503
         LIFEWAY                 CHECK COVER SHEET REPORT     OLD FERRY ROAD
         6431 W OAKTON           31985                        P.O. BOX 821
         NORTON GROVE IL    ZIP- 60053                        BRATTLEBORO VT.  05302
         CHECK#       INVOICE#              PO NUM  VOUCHER#       GROSS      DISCOUNT            NET

                                                                                                0.00

                              C & S WHOLESALE GROCERS
                           UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:      38                    REMIT TO:  C & S WHOLESALE
INVOICE DATE:       06/18/06                         OLD FERRY ROAD
INVOICE NUMBER:     DC380880-000100096               BRATTLEBORO, VT  05301
CONTROL NUMBER:     38-EE00031985                    ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:               31985
DISPOSITION CODE:   AA                    PLEASE INCLUDE INVOICE NUMBER WHEN
                                          RESPONDING


BILL TO : LIFEWAY
          6431 W OAKTON
```

```
                              UNSALEABLES
===================================================================================

                              ITEM             PRE
          ITEM        ITEM                      DAMAGE
UPC       DESCRIPTION NUMBER   QTY    COST      DPC         TOTALS
-----------------------------------------------------------------------------------
01707710232  LIFEWAY PLAIN K        19   1.85   .1274        37.57
01707710332  LIFEWAY STRAWBE        13   1.85   .1274        25.71
01707710432  LIFEWAY LF RASP        13   1.85   .1274        25.71
                                 =======                =============
                                     45                      88.99
```

```
                                          EXPENSE      EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS        PER ITEM      TOTAL
-----------------------------------------------------------------
              CENTER OPTION               .0190          .85
              OPERATIONS THRU SCAN        .2390        10.75
              PROCESSING CHUTE:           0.0000        0.00
              TOTAL REC CENTER COST       .2580         0.00
       A. POST DAMAGE HANDLING            .1280         5.76
       B. RECLAMATION CENTER              0.0000        0.00
                                                   =============
              INVOICE TOTAL                         106.35
```

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 06/11/06 TO Jun 17 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

---

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS


**Date:**    7/24/2006 5:17 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT

---



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/24/06          C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.   PAGE  507
      LIFEWAY                CHECK COVER SHEET REPORT      OLD FERRY ROAD
      6431 W OAKTON          31985                         P.O. BOX 821
      MORTON GROVE IL    ZIP- 60053                        BRATTLEBORO VT.  05302
         CHECK#       INVOICE#             PO NUM  VOUCHER#      GROSS     DISCOUNT          NET

                                                                                          0.00

                          C & S WHOLESALE GROCERS
                      UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        40                    REMIT TO:  C & S WHOLESALE
INVOICE DATE:         07/02/06                         OLD FERRY ROAD
INVOICE NUMBER:       DC405161-000100103               BRATTLEBORD, VT  05301
CONTROL NUMBER:       40-EE00031985                    ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:            31985
DISPOSITION CODE:     AA                    PLEASE INCLUDE INVOICE NUMBER WHEN
                                            RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES

                                                   PRE
                ITEM          ITEM                 DAMAGE
UPC             DESCRIPTION   NUMBER   QTY   COST   DPC       TOTALS
01707710232     LIFEWAY PLAIN K         78   1.85   .1274     154.24
01707710332     LIFEWAY STRAWBE         46   1.85   .1274      90.96
01707710432     LIFEWAY LF RASP         58   1.85   .1274     114.70
01707710532     LIFEWAY LF CHER          1   1.85   .1274       1.98
01707710632     LF CAPPUCCINO K         60   1.85   .1274     118.65
01707710708     LF BAN/STRWBRY          24    .65   .0447      16.67
01707750132     LIFEWAY FF PLAI          2   1.85   .1274       3.95
                                       ====                 =========
                                        269                   501.15
```

```
                                            EXPENSE    EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS          PER ITEM   TOTAL
----------------------------------------    --------   --------
              CENTER OPTION                  .0190          5.11
              OPERATIONS THRU SCAN           .2390         64.29
              PROCESSING CHUTE:          °  0.0000          0.00
              TOTAL REC CENTER COST         .2580          0.00
A. POST DAMAGE HANDLING                     .1280         34.43
B. RECLAMATION CENTER                      0.0000          0.00
                                                       =========
              INVOICE TOTAL                              604.98
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 06/25/06 TO Jul 01 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS


**Date:**     7/24/2006 5:17 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



## WHOLESALE GROCERS, INC.

OLD PERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/24/06              C & S WHOLESALE GROCERS          C&S WHOLESALE GROCERS INC.      PAGE  505
      LIFEWAY                    CHECK COVER SHEET REPORT         OLD FERRY ROAD
      6431 W OAKTON              31985                            P.O. BOX 821
      MORTON GROVE IL    ZIP- 60053                               BRATTLEBORO VT.  05302
         CHECK#        INVOICE#              PO NUM  VOUCHER#        GROSS       DISCOUNT           NET

                                                                                                  0.00
```

```
                          C & S WHOLESALE GROCERS
                       UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        39                 REMIT TO:  C & S WHOLESALE
INVOICE DATE:         06/25/06                      OLD FERRY ROAD
INVOICE NUMBER:       DC393094-000100098            BRATTLEBORO, VT  05301
CONTROL NUMBER:       39-EE00031985                 ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:            31985
DISPOSITION CODE:     AA                 PLEASE INCLUDE INVOICE NUMBER WHEN
                                         RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES
===========================================================================

                                            PRE
              ITEM         ITEM            DAMAGE
UPC           DESCRIPTION  NUMBER   QTY     COST    DPC        TOTALS
01707710232   LIFEWAY PLAIN K        46    1.85    .1274        90.97
01707710332   LIFEWAY STRAWBE        24    1.85    .1274        47.45
01707710432   LIFEWAY LF RASP        52    1.85    .1274       102.83
01707710632   LF CAPPUCCINO K        12    1.85    .1274        23.73
01707712132   LIFEWAY LF POWG        12    1.85    .1274        23.73
01707750132   LIFEWAY FF PLAI         1    1.85    .1274         1.98
                                   =====                   ============
                                    147                        290.69
```

```
                                            EXPENSE       EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS          PER ITEM      TOTAL
-----------------------------------------   ---------     ----------
             CENTER OPTION                    .0190          2.79
             OPERATIONS THRU SCAN             .2390         35.13
             PROCESSING CHUTE:               0.0000          0.00
             TOTAL REC CENTER COST            .2580          0.00
    A. POST DAMAGE HANDLING                   .1280         18.81
    B. RECLAMATION CENTER                    0.0000          0.00
                                                       ============
             INVOICE TOTAL                                 347.42
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 06/18/06 TO Jun 24 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**      RAYA

**Fax:**      8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**      7/24/2006 5:17 PM
**Pages:**     1 of 3 (including this page)
**Subject:**   CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/24/06              C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.    PAGE 511
       LIFEWAY                   CHECK COVER SHEET REPORT       OLD FERRY ROAD
       6431 W OAKTON             31985                          P.O. BOX 821
       MORTON GROVE IL    ZIP- 60053                            BRATTLEBORO VT.  05302
       CHECK#         INVOICE#                PO NUM  VOUCHER#        GROSS    DISCOUNT          NET

                                                                                              0.00
```

```
                        C & S WHOLESALE GROCERS
                    UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:      42                      REMIT TO:  C & S WHOLESALE
INVOICE DATE:       07/16/06                           OLD FERRY ROAD
INVOICE NUMBER:     DC429108-0001U0115                 BRATTLEBORO, VT  05301
CONTROL NUMBER:     42-EE00031985                      ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:          31985
DISPOSITION CODE:   AA                      PLEASE INCLUDE INVOICE NUMBER WHEN
                                            RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

### UNSALEABLES

| UPC | ITEM DESCRIPTION | ITEM NUMBER | QTY | COST | PRE DAMAGE DPC | TOTALS |
|---|---|---|---|---|---|---|
| 01707710232 | LIFEWAY PLAIN K | | 264 | 1.85 | .1274 | 522.05 |
| 01707710332 | LIFEWAY STRAWBE | | 205 | 1.85 | .1274 | 405.38 |
| 01707710432 | LIFEWAY LF RASP | | 246 | 1.85 | .1274 | 486.46 |
| 01707710632 | LF CAPPUCCINO K | | 2 | 1.85 | .1274 | 3.95 |
| 01707710806 | LF PEACH KEFIR | | 1 | .65 | .0447 | .69 |
| 01707710932 | LIFEWAY LF BLEB | | 47 | 1.85 | .1274 | 92.94 |
| 01707711732 | LIFEWAY GREEK S | | 1 | 2.55 | .1756 | 2.73 |
| 01707712132 | LIFEWAY LF POMG | | 67 | 1.85 | .1274 | 132.49 |
| 01707750432 | LIFEWAY FF RASP | | 12 | 1.85 | .1274 | 23.73 |
| | | | 845 | | | 1,670.42 |

| SUMMARY OF RETURN/PROCESSING COSTS | EXPENSE PER ITEM | EXTENDED TOTAL |
|---|---|---|
| CENTER OPTION | .0190 | 16.05 |
| OPERATIONS THRU SCAN | .2390 | 201.95 |
| PROCESSING CHUTE: | 0.0000 | 0.00 |
| TOTAL REC CENTER COST | .2580 | 0.00 |
| A. POST DAMAGE HANDLING | .1280 | 108.16 |
| B. RECLAMATION CENTER | 0.0000 | 0.00 |
| INVOICE TOTAL | | 1,996.58 |

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 07/09/06 TO Jul 15 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    7/24/2006 5:17 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT

# C&S WHOLESALE GROCERS, INC.

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/24/06              C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.    PAGE  509
            LIFEWAY             CHECK COVER SHEET REPORT        OLD FERRY ROAD
            6431 W OAKTON       31985                           P.O. BOX 821
            MORTON GROVE IL     ZIP- 60053                      BRATTLEBORO VT.   05302         NET
                CHECK#          INVOICE#        PO NUM  VOUCHER#      GROSS       DISCOUNT
                                                                                              0.00
```

```
                    C & S WHOLESALE GROCERS
                 UNSALEABLE INVOICE - AUTHORIZED
                                       REMIT TO:  C & S WHOLESALE
PERIOD NUMBER:      41                             OLD FERRY ROAD
INVOICE DATE:       07/09/06                       BRATTLEBORO, VT   05301
INVOICE NUMBER:     DC417107-000100105             ATTN: ACCOUNTS RECEIVABLE
CONTROL NUMBER:     41-EE00031985
AP NUMBER:          31985
DISPOSITION CODE:   AA                   PLEASE INCLUDE INVOICE NUMBER WHEN
                                         RESPONDING
```

```
BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES
===================================================================================
                                     ITEM                    PRE
               ITEM                  ITEM              DAMAGE
UPC            DESCRIPTION           NUMBER   QTY    COST    DPC        TOTALS
-----------------------------------------------------------------------------------
01707700132    ORGANIC LF PLAI               12     2.00   .1378       25.85
01707700232    ORGANIC LF STRW               2      2.00   .1378        4.28
01707700332    ORGANIC LF RASP               24     2.00   .1378       53.31
01707700432    ORGANIC LF PEAC               36     2.00   .1378       76.96
01707710208    LF PLAIN KEFIR                24      .65   .0447       16.67
01707710232    LIFEWAY PLAIN K               237    1.85   .1274      468.65
01707710332    LIFEWAY STRAWBE               92     1.85   .1274      181.93
01707710432    LIFEWAY LF RASP               166    1.85   .1274      328.26
01707710932    LIFEWAY LF BLEB               12     1.85   .1274       23.73
01707712132    LIFEWAY LF POMG               27     1.85   .1274       53.39
                                            =====               ==============
                                            632                    1,230.83
```

```
                                            EXPENSE       EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS          PER ITEM      TOTAL
-----------------------------------------------------------------------
                    CENTER OPTION           .0190          12.00
                    OPERATIONS THRU SCAN    .2390         151.04
                    PROCESSING CHUTE:       0.0000          0.00
                    TOTAL REC CENTER COST   .2580           0.00
                 A. POST DAMAGE HANDLING    .1280          80.89
                 B. RECLAMATION CENTER      0.0000          0.00
                                                       ==============
                    INVOICE TOTAL                        1,474.76
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 07/02/06 TO Jul 08 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**       RAYA

**Fax:**      8479676558

**From:**     C & S WHOLESALE GROCERS

**Date:**     7/24/2006 5:17 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD PERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05342
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/24/06              C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.        PAGE  497
       LIFEWAY                   CHECK COVER SHEET REPORT       OLD FERRY ROAD
       6431 W OAKTON                   31985                    P.O. BOX 821
       MORTON GROVE IL    ZIP- 60053                            BRATTLEBORO VT. 05302
             CHECK#   INVOICE#                 PO NUM  VOUCHER#          GROSS     DISCOUNT                NET
           8064959   1444  ✓                  818725   399405        2,264.40 ✓       0.00           2,264.40
           8064959   1553  ✓                  818813   139795        1,887.00 ✓       0.00           1,887.00
           8064959   1648  ✓                  818895   217609        1,887.00 ✓       0.00           1,887.00
           8064959   1785  ✓                  818712   316795        1,509.60 ✓       0.00           1,509.60
           8064959   1959  ✓                  818011   363594        1,509.60 ✓       0.00           1,509.60
           8064959   2002  ✓                  818678   363593        2,641.80 ✓       0.00           2,641.80
           8064959   2178  ✓                  818821   194000        1,887.00 ✓       0.00           1,887.00
           8064959   2239  ✓                  818330   194001        1,887.00 ✓       0.00           1,887.00
           8064959   2251  ✓                  137261   193898        4,161.60 ✓       0.00           4,161.60
           8064959   2501  ✓                  911418   385831       23,073.60 ✓       0.00          23,073.60
           8064959   2502  ✓                  137115   345965       34,390.56 ✓       0.00          34,390.56
    ADJ 208849   LF CAPPUCCINO KEFIR   12   32.00   000000   0345965        232.56-       102.00  CS   PRICING DIFFERENCE
    ADJ 208850   LF BAN/STRWBRY KEFIR  12 0032.00   000000   0345965        232.56-       102.00  CS   PRICING DIFFERENCE
    ADJ 208859   ORGANIC LF PLAIN KEF  12   32.00   000000   0345965         98.00-        98.00  CS   PRICING DIFFERENCE
    ADJ 208859   ORGANIC LF PLAIN KEF  12   32.00   000000   0345965        100.00-         4.00  CS   QUANTITY DIFFERENCE
    ADJ 208863   ORGANIC LF RASPBRY K  12   32.00   000000   0345965        102.00-       102.00  CS   PRICING DIFFERENCE
    ADJ 208865   ORGANIC LF STRWBRY K  12   32.00   000000   0345965        102.00-       102.00  CS   PRICING DIFFERENCE
    ADJ 208848   LF BAN/STRWBRY KEFIR  24    8.00   000000   0345965         15.60-         1.00  CS   QUANTITY DIFFERENCE
    ADJ 208855   ORGANIC LF PEACH KEF  12   32.00   000000   0345965        102.00-       102.00  CS   PRICING DIFFERENCE
           8064959   256047137                    0   256047         48.96-         0.00                 48.96- ✓
    ADJ 208841   LIFEWAY LF PLAIN KEF  12 0032.00   000000   0256047         48.96-         2.00  CS   OUT OF CODE DAMAGED 6/10/06
           8064959   30013                    17217   398975        200.00-         0.00                200.00- ✓
    ADJ 000000                                000000   0398975        200.00-         0.00  CS   C AND S SERVICE FEE
           8064959   30013                    17217   398976     50,000.00-         0.00             50,000.00- ✓
    ADJ 000000                                000000   0398976     50,000.00-         0.00  CS   PATHMARK DEDUCTION
           8064959   326248818                    0   326248         44.40-         0.00                 44.40- ✓
    ADJ 008851   LIFEWAY FF PLAIN KEF  12 0032.00   000000   0326248         44.40-         2.00  CS   OUT OF CODE DAMAGED 5-15-06
           8064959   354499137                    0   354499         24.48-         0.00                 24.48- ✓
    ADJ 208843   LIFEWAY LF RASP KEFI  12   32.00   000000   0354499         24.48-         1.00  CS   OUT OF CODE DAMAGED 6/24/06
           8064959   354503137                    0   354503         24.48-         0.00                 24.48- ✓
    ADJ 208846   LIFEWAY LF POMGRNT K  12   32.00   000000   0354503         24.48-         1.00  CS   OUT OF CODE DAMAGED 6/24/06
           8064959   374784818                    0   374784         88.80-         0.00                 88.80- ✓
    ADJ 008851   LIFEWAY FF PLAIN KEF  12 0032.00   000000   0374784         88.80-         4.00  CS   OUT OF CODE DAMAGE 5-20-06
           8064959   DC366555                    0   096665         21.27-         0.00                 21.27- ✓
           8064959   DC378516                    0   097739        185.77-         0.00                185.77- ✓
           8064959   DC380880                    0   098849        106.36-         0.00                106.36- ✓
           8064959   DC393094                    0   099905        347.43-         0.00                347.43- ✓
           8064959   DC405161                    0   000973        604.98-         0.00                604.98- ✓
           8064959   DC417107                    0   002004      1,474.78-         0.00              1,474.78- ✓
           8064959   DC429108                    0   003091      1,996.59-         0.00              1,996.59- ✓
           8064959   IQ00818020               818020   442948        150.00-         0.00                150.00- ✓
    ADJ 000000                                000000   0442948        150.00-         0.00  CS   MULTIPLE ITEMS ON ONE PALLET
           8064959   IQ00818821               818821   411880        150.00-         0.00                150.00- ✓
    ADJ 000000                                000000   0411880        150.00-         0.00  CS   MULTIPLE ITEMS ON ONE PALLET

                                                                                                     21,630.86
```

77,099.16          5,468.30

```
CP605 Date 07/24/06            C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.      PAGE  497
      LIFEWAY                  CHECK COVER SHEET REPORT       OLD FERRY ROAD
      6431 W OAKTON            31985                          P.O. BOX 821
      MORTON GROVE IL   ZIP- 60053                            BRATTLEBORO VT.  05302
         CHECK#      INVOICE#              PO NUM  VOUCHER#     GROSS       DISCOUNT              NET
        8064959   1444 ✓                   818725  399405     2,264.40 ✓      0.00          2,264.40
        8064959   1553 ✓                   818813  139795     1,887.00 ✓      0.00          1,887.00
        8064959   1648 ✓                   818895  217609     1,887.00 ✓      0.00          1,887.00
        8064959   1785 ✓                   818712  316795     1,509.60 ✓      0.00          1,509.60
        8064959   1959 ✓                   818011  363594     1,509.60 ✓      0.00          1,509.60
        8064959   2002 ✓                   818678  363593     2,641.80 ✓      0.00          2,641.80
        8064959   2178 ✓                   818821  194000     1,887.00 ✓      0.00          1,887.00
        8064959   2239 ✓                   818330  194001     1,887.00 ✓      0.00          1,887.00
        8064959   2251 ✓                   137261  193898     4,161.60 ✓      0.00          4,161.60
        8064959   2501 ✓                   911413  385831    23,073.60 ✓      0.00         23,073.60
        8064959   2502 ✓                   137115  345965    34,390.56 ✓      0.00         34,390.56
ADJ 208849  LF CAPPUCCINO KEFIR   12  32.00  000000 0345965    232.56-        102.00  CS   PRICING DIFFERENCE
ADJ 208850  LF BAN/STRWBRY KEFIR  12 0032.00  000000 0345965    232.56-       102.00  CS   PRICING DIFFERENCE
ADJ 208859  ORGANIC LF PLAIN KEF  12  32.00  000000 0345965     98.00-        98.00  CS   PRICING DIFFERENCE
ADJ 208859  ORGANIC LF PLAIN KEF  12  32.00  000000 0345965    100.00-         4.00  CS   QUANTITY DIFFERENCE
ADJ 208863  ORGANIC LF RASPBRY K  12  32.00  000000 0345965    102.00-        102.00  CS   PRICING DIFFERENCE
ADJ 208865  ORGANIC LF STRWBRY K  12  32.00  000000 0345965    102.00-        102.00  CS   PRICING DIFFERENCE
ADJ 208848  LF BAN/STRWBRY KEFIR  24   8.00  000000 0345965     15.60-         1.00  CS   QUANTITY DIFFERENCE
ADJ 208855  ORGANIC LF PEACH KEF  12  32.00  000000 0345965    102.00-        102.00  CS   PRICING DIFFERENCE
        8064959  256047137                   0 256047     48.96-         0.00           48.96-
ADJ 208841  LIFEWAY LF PLAIN KEF  12 0032.00  000000 0256047     48.96-         2.00  CS   OUT OF CODE DAMAGED 6/10/06
        8064959  30013                    17217  398975    200.00-         0.00          200.00-
ADJ 000000                                 000000 0398975    200.00-         0.00  CS   C AND S SERVICE FEE
        8064959  30013                    17217  398976  50,000.00-         0.00       50,000.00-
ADJ 000000                                 000000 0398976  50,000.00-         0.00  CS   PATHMARK DEDUCTION
        8064959  326248818                   0 326248     44.40-         0.00           44.40-
ADJ 008851  LIFEWAY FF PLAIN KEF  12 0032.00  000000 0326248     44.40-         2.00  CS   OUT OF CODE DAMAGED 5-15-06
        8064959  354499137                   0 354499     24.48-         0.00           24.48-
ADJ 008843  LIFEWAY LF RASP KEFI  12  32.00  000000 0354499     24.48-         1.00  CS   OUT OF CODE DAMAGED 6/24/06
        8064959  354503137                   0 354503     24.48-         0.00           24.48-
ADJ 208846  LIFEWAY LF POMGRNT K  12  32.00  000000 0354503     24.48-         1.00  CS   OUT OF CODE DAMAGED 6/24/06
        8064959  374784818                   0 374784     88.80-         0.00           88.80-
ADJ 008851  LIFEWAY FF PLAIN KEF  12 0032.00  000000 0374784     88.80-         4.00  CS   OUT OF CODE DAMAGE 5-20-06
        8064959  DC366555                    0 096665     21.27- ✓       0.00           21.27- ✓
        8064959  DC378516                    0 097739    185.77- ✓       0.00          185.77- ✓
        8064959  DC380880                    0 098849    106.36- ✓       0.00          106.36- ✓
        8064959  DC393094                    0 099905    347.43- ✓       0.00          347.43- ✓
        8064959  DC405161                    0 000973    604.98-         0.00          604.98- ✓
        8064959  DC417107                    0 002004   1,474.78- ✓      0.00        1,474.78- ✓
        8064959  DC429108                    0 000091   1,996.59-         0.00        1,996.59- ✓
        8064959  IQ00818020                818020 442948    150.00-         0.00          150.00-
ADJ 000000                                 000000 0442948    150.00-         0.00  CS   MULTIPLE ITEMS ON ONE PALLET
        8064959  IQ00818821                818821 411880    150.00-         0.00          150.00-
ADJ 000000                                 000000 0411880    150.00-         0.00  CS   MULTIPLE ITEMS ON ONE PALLET

                                                                                    21,630.86
```

77,099.16        5,468.30



EXHIBIT

F

Same as
Exb. E
last page

# Fax Message

**To:**    RAYA

**Fax:**    8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    7/27/2006 5:08 PM
**Pages:**    1 of 3 (including this page)
**Subject:**    CHECK COVER SHEET REPORT



EXHIBIT
G



**WHOLESALE GROCERS, INC.**

OLD PERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/27/06              C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.   PAGE  293
       LIFEWAY                   CHECK COVER SHEET REPORT       OLD FERRY ROAD
       6431 W OAKTON             31985                          P.O. BOX 821
       MORTON GROVE IL    ZIP- 60053                            BRATTLEBORO VT.  05302
            CHECK#       INVOICE#             PO NUM  VOUCHER#        GROSS      DISCOUNT        NET
                                                                                            0.00
                              C & S WHOLESALE GROCERS
                         UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        43                        REMIT TO:  C & S WHOLESALE
INVOICE DATE:      07/23/06                                OLD FERRY ROAD
INVOICE NUMBER:    DC431637-000100122                      BRATTLEBORO, VT  05301
CONTROL NUMBER:    43-EE00031985                           ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:           31985
DISPOSITION CODE:  AA                           PLEASE INCLUDE INVOICE NUMBER WHEN
                                                RESPONDING


BILL TO : LIFEWAY
          6431 W OAKTON



                         UNSALEABLES
```

| UPC | ITEM DESCRIPTION | ITEM NUMBER | QTY | COST | PRE DAMAGE DPC | TOTALS |
|---|---|---|---|---|---|---|
| 01707710232 | LIFEWAY PLAIN K | | 95 | 1.85 | .1274 | 187.86 |
| 01707710332 | LIFEWAY STRAWBE | | 91 | 1.85 | .1274 | 179.95 |
| 01707710432 | LIFEWAY LF RASP | | 58 | 1.85 | .1274 | 114.69 |
| 01707710632 | LF CAPPUCCINO K | | 4 | 1.85 | .1274 | 7.91 |
| 01707710708 | LF BAN/STRWBRY | | 3 | .65 | .0447 | 2.08 |
| 01707710732 | LIFEWAY LF BAN/ | | 36 | 1.85 | .1274 | 71.19 |
| 01707712132 | LIFEWAY LF POMG | | 1 | 1.85 | .1274 | 1.98 |
| | | | 288 | | | 565.66 |

| SUMMARY OF RETURN/PROCESSING COSTS | EXPENSE PER ITEM | EXTENDED TOTAL |
|---|---|---|
| CENTER OPTION | .0190 | 5.47 |
| OPERATIONS THRU SCAN | .2390 | 68.83 |
| PROCESSING CHUTE: | 0.0000 | 0.00 |
| TOTAL REC CENTER COST | .2580 | 0.00 |
| A. POST DAMAGE HANDLING | .1280 | 36.86 |
| B. RECLAMATION CENTER | 0.0000 | 0.00 |
| INVOICE TOTAL | | 676.82 |

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 07/16/06 TO Jul 22 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    7/27/2006 5:08 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
    a. Check stub remittance
    b. Copy of check cover-sheet
    c. Letter detailing your dispute claim.
    d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
    e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/27/06              C & S WHOLESALE GROCERS       C&S WHOLESALE GROCERS INC.    PAGE  291
        LIFEWAY                  CHECK COVER SHEET REPORT       OLD FERRY ROAD
        6431 W OAKTON            31985                          P.O. BOX 821
        MORTON GROVE IL    ZIP- 60053                           BRATTLEBORO VT.  05302
            CHECK#     INVOICE#                 PO NUM  VOUCHER#      GROSS     DISCOUNT              NET
            8066301  2834                       911898  106767    16,110.00       0.00        16,110.00
            8066301  395760818                       0  395760        111.00-      0.00           111.00-
ADJ 009143  LF CAPPUCCINO KEFIR   12   32.00    000000  0395760        111.00-      5.00  CS    OUT OF CODE DAMAGED 7/1/06
            8066301  395761818                       0  395761         24.00-      0.00            24.00-
ADJ 011394  ORGANIC LF PLAIN KEF  12   32.00    000000  0395761         24.00-      1.00  CS    OUT OF CODE DAMAGED 7/1/06
            8066301  DC431637                          0  004190        676.83-      0.00           676.83-
            8066301  IQ00818511                   818511  445300        150.00-      0.00           150.00-
ADJ 000000                                       000000  0445300        150.00-      0.00  CS    MULTIPLE ITEMS ON ONE PALLET

                                                                                              15,148.17
```

# Fax Message

**To:**      RAYA

**Fax:**      8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    7/31/2006 5:16 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT





C&S WHOLESALE GROCERS, INC.

OLD FERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 07/31/06          C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.    PAGE  577
       LIFEWAY               CHECK COVER SHEET REPORT      OLD FERRY ROAD
       6431 W OAKTON         31985                         P.D. BOX 821
       MORTON GROVE IL    ZIP- 60053                       BRATTLEBORO VT.  05302
          CHECK#      INVOICE#             PO NUM  VOUCHER#     GROSS       DISCOUNT              NET
          8067445   2755                   137069  146515      9,949.08      0.00            9,949.08
ADJ 208849   LF CAPPUCCINO KEFIR    12   32.00    000000  0146515           38.76-       17.00  CS   PRICING DIFFERENCE

                                                                                            9,949.08
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    8/4/2006 5:11 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT





**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP60S  Date 08/04/06          C & S WHOLESALE GROCERS
       LIFEWAY                CHECK COVER SHEET REPORT
       6431 W OAKTON          31985                    C&S WHOLESALE GROCERS INC.   PAGE  243
       MORTON GROVE IL   ZIP- 60053                    OLD FERRY ROAD
             CHECK#    INVOICE#                         P.O. BOX 821
                                                        BRATTLEBORO VT.  05302
                                  PO NUM  VOUCHER#         GROSS     DISCOUNT      NET

                                                                                  0.00
```

```
                       C & S WHOLESALE GROCERS
PERIOD NUMBER:        44    UNSALEABLE INVOICE - AUTHORIZED
INVOICE DATE:        07/30/06               REMIT TO: C & S WHOLESALE
INVOICE NUMBER:      DC443767-000100127               OLD FERRY ROAD
CONTROL NUMBER:      44-EE00031985                    BRATTLEBORO, VT  05301
AP NUMBER:           31985                            ATTN: ACCOUNTS RECEIVABLE
DISPOSITION CODE:    AA
                                            PLEASE INCLUDE INVOICE NUMBER WHEN
                                            RESPONDING

BILL TO : LIFEWAY
          6431 W OAKTON
```

### UNSALEABLES

| UPC | ITEM DESCRIPTION | ITEM NUMBER | QTY | COST | PRE DAMAGE DPC | TOTALS |
|---|---|---|---|---|---|---|
| 01707700432 | ORGANIC LF PEAC | | 12 | 2.00 | .1378 | 25.65 |
| 01707710208 | LF PLAIN KEFIR | | 24 | .65 | .0447 | 16.67 |
| 01707710232 | LIFEWAY PLAIN K | | 309 | 1.85 | .1274 | 611.04 |
| 01707710832 | LIFEWAY STRAWBE | | 261 | 1.85 | .1274 | 516.12 |
| 01707710432 | LIFEWAY LF RASP | | 290 | 1.85 | .1274 | 573.46 |
| 01707710632 | LF CAPPUCCINO K | | 36 | 1.85 | .1274 | 71.19 |
| 01707710708 | LF BAN/STRWBRY | | 48 | .65 | .0447 | 33.35 |
| 01707710732 | LIFEWAY LF BAN/ | | 1 | 1.85 | .1274 | 1.98 |
| 01707710808 | LF PEACH KEFIR | | 24 | .65 | .0447 | 16.67 |
| 01707710932 | LIFEWAY LF BLEB | | 62 | 1.85 | .1274 | 122.60 |
| 01707711732 | LIFEWAY GREEK S | | 12 | 2.55 | .1756 | 32.71 |
| 01707712132 | LIFEWAY LF POMG | | 119 | 1.85 | .1274 | 235.32 |
| 01707750132 | LIFEWAY FF PLAI | | 4 | 1.85 | .1274 | 7.91 |
| | | | 1202 | | | 2,264.67 |

```
                                          EXPENSE      EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS        PER ITEM     TOTAL
------------------------------------------------------------
                  CENTER OPTION            .0190          22.83
                  OPERATIONS THRU SCAN     .2390         287.27
                  PROCESSING CHUTE:    *  0.0000           0.00
                  TOTAL REC CENTER COST    .2580           0.00
               A. POST DAMAGE HANDLING     .1280         153.85
               B. RECLAMATION CENTER      0.0000           0.00
                                                    ==============
                  INVOICE TOTAL                        2,728.62
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 07/23/06 TO Jul 29 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**     RAYA

**Fax:**     8479676558

**From:**     C & S WHOLESALE GROCERS

**Date:**     8/4/2006 5:11 PM
**Pages:**     1 of 3 (including this page)
**Subject:**     CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605  Date 08/04/06           C & S WHOLESALE GROCERS
       LIFEWAY                 CHECK  COVER SHEET REPORT      C&S WHOLESALE GROCERS INC.      PAGE  241
       6431 W OAKTON           31985                         OLD FERRY ROAD
       MORTON GROVE IL    ZIP- 60053                         P.O. BOX 821
              CHECK#     INVOICE#                             BRATTLEBORO VT.   05302
       2293841  2925                        PO NUM  VOUCHER#       GROSS       DISCOUNT           NET
       2293841  DC443767                    137384  211334     12,484.80          0.00      12,484.80
                                                 0  005315      2,728.64-         0.00       2,728.64-

                                                                                            9,756.16
```

# Fax Message

**To:**   RAYA

**Fax:**   8479676558

**From:**   C & S WHOLESALE GROCERS

**Date:**   8/14/2006 5:20 PM
**Pages:**   1 of 3 (including this page)
**Subject:**   CHECK COVER SHEET REPORT





**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
    a. Check stub remittance
    b. Copy of check cover-sheet
    c. Letter detailing your dispute claim.
    d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
    e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

CP605 Date 08/14/06

C & S WHOLESALE GROCERS
CHECK COVER SHEET REPORT
31985

LIFEWAY
6431 W OAKTON
MORTON GROVE IL    ZIP- 60053
        CHECK#        INVOICE#

C&S WHOLESALE GROCERS INC.
OLD FERRY ROAD
P.O. BOX 821
BRATTLEBORO VT.  05302
        GROSS        DISCOUNT

PAGE  579

                NET

        PO NUM  VOUCHER#

                0.00

C & S WHOLESALE GROCERS
UNSALEABLE INVOICE - AUTHORIZED

PERIOD NUMBER:      45
INVOICE DATE:       08/06/06
INVOICE NUMBER:     DC455957-000100138
CONTROL NUMBER:     45-EE00031985
AP NUMBER:          31985
DISPOSITION CODE:   AA

REMIT TO:  C & S WHOLESALE
           OLD FERRY ROAD
           BRATTLEBORO, VT  05301
           ATTN: ACCOUNTS RECEIVABLE

           PLEASE INCLUDE INVOICE NUMBER WHEN
           RESPONDING

BILL TO :  LIFEWAY
           6431 W OAKTON

                            UNSALEABLES

| UPC | ITEM DESCRIPTION | ITEM NUMBER | QTY | COST | PRE DAMAGE DPC | TOTALS |
|-----|------------------|-------------|-----|------|----------------|--------|
| 01707700232 | ORGANIC LF STRW | | 1 | 2.00 | .1378 | 2.14 |
| 01707710232 | LIFEWAY PLAIN K | | 19 | 1.85 | .1274 | 37.57 |
| 01707710332 | LIFEWAY STRAWBE | | 50 | 1.85 | .1274 | 98.88 |
| 01707710432 | LIFEWAY LF RASP | | 18 | 1.85 | .1274 | 35.59 |
| 01707710632 | LF CAPPUCCINO K | | 14 | 1.85 | .1274 | 27.68 |
| 01707710708 | LF BAN/STRWBRY | | 50 | .65 | .0447 | 34.74 |
| 01707710732 | LIFEWAY LF BAN/ | | 13 | 1.85 | .1274 | 25.71 |
| 01707710932 | LIFEWAY LF RLER | | 20 | 1.85 | .1274 | 39.55 |
| 01707712132 | LIFEWAY LF POMG | | 36 | 1.85 | .1274 | 71.19 |
| 01707722332 | LIFEWAY SOYTREA | | 5 | 2.50 | .1722 | 13.36 |
| | | | 226 | | | 386.41 |

| SUMMARY OF RETURN/PROCESSING COSTS | EXPENSE PER ITEM | EXTENDED TOTAL |
|------------------------------------|------------------|----------------|
| CENTER OPTION | .0190 | 4.29 |
| OPERATIONS THRU SCAN | .2390 | 54.01 |
| PROCESSING CHUTE: | 0.0000 | 0.00 |
| TOTAL REC CENTER COST | .2580 | 0.00 |
| A. POST DAMAGE HANDLING | .1280 | 28.92 |
| B. RECLAMATION CENTER | 0.0000 | 0.00 |
| INVOICE TOTAL | | 473.63 |

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 07/30/06 TO Aug 05 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

| | |
|---|---|
| **To:** | RAYA |
| **Fax:** | 8479676558 |
| **From:** | C & S WHOLESALE GROCERS |

**Date:** 8/14/2006 5:20 PM
**Pages:** 1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.B. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
    a. Check stub remittance
    b. Copy of check cover-sheet
    c. Letter detailing your dispute claim.
    d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
    e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn:  Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note:  Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 08/14/06                    C & S WHOLESALE GROCERS
        LIFEWAY                        CHECK COVER SHEET REPORT    C&S WHOLESALE GROCERS INC.      PAGE  577
        6431 W OAKTON                  31985                      OLD FERRY ROAD
        MORTON GROVE IL      ZIP- 60053                           P.O. BOX 821
           CHECK#      INVOICE#                    PO NUM  VOUCHER#   BRATTLEBORO VT.  05302
          3344869    240098818                        0   240098     GROSS      DISCOUNT            NET
    ADJ 008854  LIFEWAY FF RASPBERRY  12 0032.00   000000   0240098    22.20-       0.00            22.20-
          3344869    245185911                        0   245185      22.20-       1.00    CS  OUT OF CODE DAMAGED 7/15/06
    ADJ 349783  LFWAY LF CAPPUCINO K  12 0032.00   000000   0245185    22.20-       0.00            22.20-
          3344869    245193911                        0   245193      22.20-       1.00    CS  OUT OF CODE DAMAGED 6/24/06
    ADJ 349789  LFWAY ORG LF RASPBER  12 0032.00   000000   0245193    24.00-       0.00            24.00-
          3344869    245198911                        0   245198      24.00-       1.00    CS  OUT OF CODE DAMAGED 6/24/06
    ADJ 349790  LFWAY ORG LF PEACH K  12 0032.00   000000   0245198    48.00-       0.00            48.00-
          3344869    2584                         818349   337411      48.00-       2.00    CS  OUT OF CODE DAMAGED 6/24/06
          3344869    2585                         818350   337408   22,483.80       0.00         22,483.80
          3344869    DC455957                         0   006410    2,264.40        0.00          2,264.40
                                                                      473.65-       0.00            473.65-

                                                                                              24,158.15
```

C&S Wholesale ->

# Fax Message

**To:**     RAYA

**Fax:**    8479676558

**From:**   C & S WHOLESALE GROCERS

**Date:**     8/28/2006 5:16 PM
**Pages:**    1 of 3 (including this page)
**Subject:**   CHECK COVER SHEET REPORT



EXHIBIT

K

# C&S WHOLESALE GROCERS, INC.

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
    a.   Check stub remittance
    b.   Copy of check cover-sheet
    c.   Letter detailing your dispute claim.
    d.   Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
    e.   Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

'28/2006 5:16 PM                    C&S Wholesale ->                    Page 3 of 3

CP605 Date 08/28/06                 C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.      PAGE  553
       LIFEWAY                      CHECK COVER SHEET REPORT       OLD FERRY ROAD
       6431 W OAKTON                31985                          P.O. BOX 821
       MORTON GROVE IL     ZIP- 60053                              BRATTLEBORO VT.  05302
         CHECK#      INVOICE#                    PO NUM  VOUCHER#   GROSS          DISCOUNT              NET
         8077187  2683                           818794 130618     8,112.00          0.00         8,112.00
         8077187  2722                           818266 130616     1,132.20          0.00         1,132.20
ADJ 349505  LIFEWAY LF BLEBRY KE   12   32.00   000000  0130616    377.40-          17.00   CS,   QUANTITY DIFFERENCE
         8077187  281053911                           0 281053     44.40-            0.00         44.40-
ADJ 349781  LFWAY LF STRAWBERRY    12 0032.00   000000  0281053    44.40-            2.00   CS    OUT OF CODE DAMAGED 7/22/06
         8077187  281055911                           0 281055     66.60-            0.00         66.60-
ADJ 349782  LFWAY LF BAN/STRAW K   12 0032.00   000000  0281055    66.60-            3.00   CS    OUT OF CODE DAMAGED 7/22/06
         8077187  281224137                           0 281224     24.48-            0.00         24.48-
ADJ 208843  LIFEWAY LF RASP KEFI   12   32.00   000000  0281224    24.48-            1.00   CS    OUT OF CODE DAMAGE 7/22/06
         8077187  2822                           818990 131778     5,375.40          0.00         5,375.40
         8077187  316662818                           0 316662     22.20-            0.00         22.20-
ADJ 008843  LIFEWAY LF RASPBERRY   12   32.00   000000  0316662    22.20-            1.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316883911                           0 316883     66.60-            0.00         66.60-
ADJ 349783  LFWAY LF CAPPUCINO K   12 0032.00   000000  0316883    66.60-            3.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316884911                           0 316884     30.60-            0.00         30.60-
ADJ 349784  LFWAY LF POMEGRANITE   12 0032.00   000000  0316884    66.60-            3.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316885911                           0 316886     30.60-            0.00         30.60-
ADJ 349787  LFWAY GREEK STYLE KE   12 0032.00   000000  0316886    30.60-            1.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316887911                           0 316887     24.00-            0.00         24.00-
ADJ 349790  LFWAY ORG LF PEACH K   12 0032.00   000000  0316887    24.00-            1.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316888911                           0 316888     15.60-            0.00         15.60-
ADJ 349792  LFWAY LF PLAIN KEFIR   24 0008.00   000000  0316888    15.60-            1.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316891911                           0 316891     15.60-            0.00         15.60-
ADJ 349794  LFWAY LF PEACH KEFIR   24 0008.00   000000  0316891    15.60-            1.00   CS    OUT OF CODE DAMAGED 7-29-06
         8077187  316893911                           0 316893     31.20-            0.00         31.20-
ADJ 349796  LFWAY LF BAN/STRAW K   24 0008.00   000000  0316893    31.20-            2.00   CS    OUT OF CODE DAMAGED 7-29-06
ADJ 208841  LIFEWAY LF PLAIN KEF   12 0032.00   000000  0360456    202.92-          89.00   CS    SALES TO WB/A&P @ $22.20
ADJ 208842  LIFEWAY LF STRAW KEF   12   32.00   000000  0360456    207.48-          91.00   CS    SALES TO WB/A&P @ $22.20
ADJ 208843  LIFEWAY LF RASP KEFI   12   32.00   000000  0360456    205.20-          90.00   CS    SALES TO WB/A&P @ $22.20
ADJ 208846  LIFEWAY LF POMGRNT K   12   32.00   000000  0360456    168.72-          74.00   CS    SALES TO WB/A&P @ $22.20
         8077187  DC468206                            0 007582     1,920.02-         0.00         1,920.02-
         8077187  DC470988                            0 008741     497.72-           0.00         497.72-

                                                                                                 11,009.66

# Fax Message

**To:**  RAYA

**Fax:**  8479676558

**From:**  C & S WHOLESALE GROCERS

**Date:**  8/28/2006 5:16 PM
**Pages:**  1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



# C&S WHOLESALE GROCERS, INC.

OLD PERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
   a. Check stub remittance
   b. Copy of check cover-sheet
   c. Letter detailing your dispute claim.
   d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
   e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

'28/2006 5:16 PM                     C&S Wholesale ->                        Page 3 of 3

```
CP605 Date 08/28/06            C & S WHOLESALE GROCERS     C&S WHOLESALE GROCERS INC.   PAGE  557
LIFEWAY                        CHECK COVER SHEET REPORT     OLD FERRY ROAD
  6431 W OAKTON                31985                        P.O. BOX 821
  MORTON GROVE IL    ZIP- 60053                             BRATTLEBORO VT.  05302
        CHECK#       INVOICE#                PO NUM  VOUCHER#     GROSS      DISCOUNT        NET
                                                                                           0.00
```

```
                            C & S WHOLESALE GROCERS
                            UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:     47                  REMIT TO:  C & S WHOLESALE
INVOICE DATE:      08/20/06                       OLD FERRY ROAD
INVOICE NUMBER:    DC470988-000100155             BRATTLEBORO, VT  05301
CONTROL NUMBER:    47-EE00031985                  ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:          31985
DISPOSITION CODE:  AA                  PLEASE INCLUDE INVOICE NUMBER WHEN
                                       RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                    UNSALEABLES
============================================================================
                                          PRE
          ITEM         ITEM              DAMAGE
UPC       DESCRIPTION   NUMBER   QTY   COST    DPC          TOTALS
============================================================================
01707700132  ORGANIC LF PLAI        4   2.00  .1378          8.55
01707700232  ORGANIC LF STRW        9   2.00  .1378         19.24
01707700332  ORGANIC LF RASP        5   2.00  .1378         10.69
01707700432  ORGANIC LF PEAC        7   2.00  .1378         14.96
01707710208  LF PLAIN KEFIR         6    .65  .0447          4.16
01707710232  LIFEWAY PLAIN K       19   1.85  .1274         37.56
01707710308  LF STRAWBERRY K         1   .65  .0447           .69
01707710332  LIFEWAY STRAWBE       69   1.85  .1274        136.45
01707710432  LIFEWAY LF RASP         4   1.85  .1274          7.91
01707710632  LF CAPPUCCINO K         4   1.85  .1274          7.92
01707710708  LF BAN/STRWBRY          8    .85  .0447          5.55
01707710732  LIFEWAY LF BAN/       42   1.85  .1274         83.05
01707710808  LF PEACH KEFIR          4   .65   .0447          2.78
01707710932  LIFEWAY LF BLEB         4   1.85  .1274          7.91
01707711732  LIFEWAY GREEK S         7   2.55  .1756         19.08
01707712132  LIFEWAY LF POMG       23   1.85  .1274         45.48
01707750432  LIFEWAY FF RASP         1   1.85  .1274          1.98
                                    =====              ===============
                                     217                    413.96
```

```
                                            EXPENSE     EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS          PER ITEM    TOTAL
-----------------------------------------   ---------   ----------
             CENTER OPTION                    .0190        4.12
             OPERATIONS THRU SCAN             .2390       51.86
             PROCESSING CHUTE:               0.0000        0.00
             TOTAL REC CENTER COST            .2580        0.00
          A. POST DAMAGE HANDLING             .1280       27.77
          B. RECLAMATION CENTER              0.0000        0.00
                                                        ===============
             INVOICE TOTAL                                497.71
```

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 08/13/06 TO Aug 19 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    8/28/2006 5:16 PM
**Pages:**   1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

28/2006 5:16 PM                                    C&S Wholesale

```
CP605 Date 08/28/06          C & S WHOLESALE GROCERS        C&S WHOLESALE GROCERS INC.    PAGE 555
         LIFEWAY             CHECK COVER SHEET REPORT       OLD FERRY ROAD
         6431 W OAKTON       31985                          P.O. BOX 821
         MORTON GROVE IL    ZIP- 60053                      BRATTLEBORO VT. 05302          NET
                CHECK#       INVOICE#              PO NUM  VOUCHER#    GROSS     DISCOUNT
                                                                                           0.00

                              C & S WHOLESALE GROCERS
                            UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:          46            REMIT TO:  C & S WHOLESALE
INVOICE DATE:           08/13/06                 OLD FERRY ROAD
INVOICE NUMBER:         DC465206-000100147       BRATTLEBORO, VT  05301
CONTROL NUMBER:         46-EE00031985            ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:              31985
DISPOSITION CODE:       AA             PLEASE INCLUDE INVOICE NUMBER WHEN
                                       RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                              UNSALEABLES
  ==============================================================================
                                                 PRE
               ITEM           ITEM             DAMAGE
  UPC          DESCRIPTION     NUMBER   QTY    COST    DPC         TOTALS
  ==============================================================================
  01707700432  ORGANIC LF PEAC           1     2.00   .1378         2.14
  01707710208  LF PLAIN KEFIR           72      .65   .0447        50.02
  01707710232  LIFEWAY PLAIN K         217     1.85   .1274       429.11
  01707710308  LF STRAWBERRY K          36      .65   .0447        25.01
  01707710332  LIFEWAY STRAWBE         129     1.85   .1274       255.09
  01707710432  LIFEWAY LF RASP         193     1.85   .1274       381.65
  01707710632  LF CAPPUCCINO K          17     1.85   .1274        33.62
  01707710708  LF BAN/STRWBRY           34      .65   .0447        23.62
  01707710732  LIFEWAY LF BAN/          12     1.85   .1274        23.73
  01707710808  LF PEACH KEFIR           45      .65   .0447        31.26
  01707710932  LIFEWAY LF BLEB          99     1.85   .1274       195.77
  01707711732  LIFEWAY GREEK S          12     2.55   .1756        32.71
  01707712132  LIFEWAY LF PONG          42     1.85   .1274        83.05
  01707750132  LIFEWAY FF PLAI           1     1.85   .1274         1.98
                                       =====             ================
                                        910                       1,588.76


                                             EXPENSE     EXTENDED
  SUMMARY OF RETURN/PROCESSING COSTS         PER ITEM    TOTAL
  --------------------------------------     --------    --------
                        CENTER OPTION          .0190      17.29
                        OPERATIONS THRU SCAN   .2390     217.49
                        PROCESSING CHUTE:      0.0000      0.00
                        TOTAL REC CENTER COST  .2580       0.00
                     A. POST DAMAGE HANDLING   .1280     116.48
                     B. RECLAMATION CENTER     0.0000      0.00
                                                         ================
                        INVOICE TOTAL                    1,920.02
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 08/06/06 TO Aug 12 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.
```

# Fax Message

**To:**     RAYA

**Fax:**    8479676558

**From:**   C & S WHOLESALE GROCERS


**Date:**    9/11/2006 5:20 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT





**WHOLESALE GROCERS, INC.**

OLD PERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  - a. Check stub remittance
  - b. Copy of check cover-sheet
  - c. Letter detailing your dispute claim.
  - d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  - e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

CP605 Date 09/11/06
LIFEWAY
6431 W OAKTON
MORTON GROVE IL       ZIP- 60053
     CHECK#      INVOICE#

C & S WHOLESALE GROCERS
CHECK COVER SHEET REPORT
31985

C&S WHOLESALE GROCERS INC.          PAGE  307
OLD FERRY ROAD
P.O. BOX 821
BRATTLEBORD VT.  05302
            PO NUM   VOUCHER#        GROSS        DISCOUNT              NET

                    C & S WHOLESALE GROCERS                                      0.00
                  UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        49             REMIT TO:  C & S WHOLESALE
INVOICE DATE:         09/03/06                  OLD FERRY ROAD
INVOICE NUMBER:      DC495469-000100162         BRATTLEBORD, VT  05301
CONTROL NUMBER:      49-EE00031985              ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:             31985
DISPOSITION CODE:     AA
                                     PLEASE INCLUDE INVOICE NUMBER WHEN
                                     RESPONDING

BILL TO :  LIFEWAY
           6431 W OAKTON

                         UNSALEABLES

| UPC | ITEM DESCRIPTION | ITEM NUMBER | QTY | COST | PRE DAMAGE DPC | TOTALS |
|-----|------------------|-------------|-----|------|----------------|--------|
| 01707700132 | ORGANIC LF PLAI | | 37 | 2.00 | .1378 | 79.11 |
| 01707700432 | ORGANIC LF PEAC | | 1 | 2.00 | .1378 | 2.14 |
| 01707710232 | LIFEWAY PLAIN K | | 18 | 1.85 | .1274 | 95.60 |
| 01707710308 | LF STRAWBERRY K | | 23 | .65 | .0447 | 15.98 |
| 01707710332 | LIFEWAY STRAWBE | | 13 | 1.85 | .1274 | 25.71 |
| 01707710432 | LIFEWAY LF RASP | | 60 | 1.85 | .1274 | 118.65 |
| 01707710532 | LIFEWAY LF CHER | | 4 | 1.85 | .1274 | 7.91 |
| 01707710632 | LF CAPPUCCINO K | | 4 | 1.85 | .1274 | 7.91 |
| 01707710732 | LIFEWAY LF BAN/ | | 4 | 1.85 | .1274 | 7.91 |
| 01707710808 | LF PEACH KEFIR | | 9 | .65 | .0447 | 3.96 |
| 01707710832 | LIFEWAY KEFIR PE | | 7 | 2.30 | .1584 | 6.25 |
| 01707710932 | LIFEWAY LF BLEB | | 14 | 1.85 | .1274 | 17.21 |
| 01707712132 | LIFEWAY LF POMG | | 53 | 1.85 | .1274 | 27.68 |
| 01707750132 | LIFEWAY FF PLAI | | 3 | 1.85 | .1274 | 104.80 |
| | | | | | | 5.93 |
| | | | 248 | | | 458.84 |

| SUMMARY OF RETURN/PROCESSING COSTS | EXPENSE PER ITEM | EXTENDED TOTAL |
|------------------------------------|------------------|----------------|
| CENTER OPTION | .0190 | 4.71 |
| OPERATIONS THRU SCAN | .2390 | 59.27 |
| PROCESSING CHUTE: * | 0.0000 | 0.00 |
| TOTAL REC CENTER COST | .2580 | 0.00 |
| A. POST DAMAGE HANDLING | .1280 | 31.74 |
| B. RECLAMATION CENTER | 0.0000 | 0.00 |
| INVOICE TOTAL | | 554.56 |

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 08/27/06 TO Sep 02 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

**To:**     RAYA

**Fax:**     8479676558

**From:**     C & S WHOLESALE GROCERS

**Date:**     9/11/2006 5:20 PM
**Pages:**     1 of 3 (including this page)
**Subject:**     CHECK COVER SHEET REPORT



**WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

CP605 Date 09/11/06                C & S WHOLESALE GROCERS
        LIFEWAY                    CHECK COVER SHEET REPORT        C&S WHOLESALE GROCERS INC.      PAGE  305
        6431 W OAKTON              31985                          OLD FERRY ROAD
        MORTON GROVE IL      ZIP- 60053                           P.O. BOX 821
                 CHECK#          INVOICE#                         BRATTLEBORO VT.  05302
                                          PO NUM  VOUCHER#               GROSS       DISCOUNT          NET

                                                                                                     0.00
                         C & S WHOLESALE GROCERS
                    UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:         48                    REMIT TO:  C & S WHOLESALE
INVOICE DATE:        08/27/06                           OLD FERRY ROAD
INVOICE NUMBER:      DC483208-000100157                 BRATTLEBORO, VT  05301
CONTROL NUMBER:      48-EE00031985                      ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:             31985
DISPOSITION CODE:    AA                      PLEASE INCLUDE INVOICE NUMBER WHEN
                                             RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON




                                   UNSALEABLES

|  |  | ITEM | | | PRE DAMAGE | |
| UPC | ITEM DESCRIPTION | NUMBER | QTY | COST | DPC | TOTALS |
|---|---|---|---|---|---|---|
| 01707700132 | ORGANIC LF PLAI | | 1 | 2.00 | .1378 | 2.14 |
| 01707700232 | ORGANIC LF STRW | | 1 | 2.00 | .1378 | 2.14 |
| 01707700332 | ORGANIC LF RASP | | 6 | 2.00 | .1378 | 12.83 |
| 01707700432 | ORGANIC LF PEAC | | 1 | 2.00 | .1378 | 2.14 |
| 01707710208 | LF PLAIN KEFIR | | 7 | .65 | .0447 | 4.86 |
| 01707710232 | LIFEWAY PLAIN K | | 27 | 1.85 | .1274 | 53.39 |
| 01707710308 | LF STRAWBERRY K | | 2 | .65 | .0447 | 1.39 |
| 01707710332 | LIFEWAY STRAWBE | | 22 | 1.85 | .1274 | 43.50 |
| 01707710432 | LIFEWAY LF RASP | | 39 | 1.85 | .1274 | 77.12 |
| 01707710632 | LF CAPPUCCINO K | | 5 | 1.85 | .1274 | 9.88 |
| 01707710708 | LF BAN/STRWBRY | | 16 | .65 | .0447 | 11.10 |
| 01707710732 | LIFEWAY LF BAN/ | | 8 | 1.85 | .1274 | 15.81 |
| 01707710808 | LF PEACH KEFIR | | 30 | .65 | .0447 | 20.83 |
| 01707710932 | LIFEWAY LF BLEB | | 1 | 1.85 | .1274 | 1.98 |
| 01707711732 | LIFEWAY GREEK S | | 11 | 2.55 | .1756 | 29.98 |
| 01707712132 | LIFEWAY LF POMG | | 28 | 1.85 | .1274 | 55.37 |
| | | | 205 | | | 344.46 |


|  | EXPENSE PER ITEM | EXTENDED TOTAL |
|---|---|---|
SUMMARY OF RETURN/PROCESSING COSTS
| CENTER OPTION | .0190 | 3.89 |
| OPERATIONS THRU SCAN | .2390 | 48.99 |
| PROCESSING CHUTE: | 0.0000 | 0.00 |
| TOTAL REC CENTER COST | .2580 | 0.00 |
| A. POST DAMAGE HANDLING | .1280 | 26.24 |
| B. RECLAMATION CENTER | 0.0000 | 0.00 |
| INVOICE TOTAL | | 423.58 |


ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 08/20/06 TO AUG 26 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

**To:**  RAYA

**Fax:**  8479676558

**From:**  C & S WHOLESALE GROCERS

**Date:**  9/11/2006 5:20 PM
**Pages:**  1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  - a.   Check stub remittance
  - b.   Copy of check cover-sheet
  - c.   Letter detailing your dispute claim.
  - d.   Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  - e.   Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 09/11/06              C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.      PAGE  303
            LIFEWAY              CHECK COVER SHEET REPORT     OLD FERRY ROAD
            6431 W OAKTON        31985                        P.O. BOX 821
            MORTON GROVE IL      ZIP- 60053                   BRATTLEBORO VT.  05302
                 CHECK#    INVOICE#              PO NUM  VOUCHER#      GROSS         DISCOUNT              NET
                 2297891  2926                   818485  260017      4,182.00         0.00             4,182.00
                 2297891  358751137                   0  358751         22.20-         0.00               22.20-
ADJ 208850  LF BAN/STWRBRY KEFIR   12 0032.00  000000  0358751         22.20-         1.00  CS  OUT OF CODE DAMAGED 8/5/06
                 2297891  360444911              000000  360444         22.20-         0.00               22.20-
ADJ 349781  LFWAY LF STRAWBERRY    12 0032.00  000000  0360444         22.20-         1.00  CS  OUT OF CODE DAMAGED 8/5/06
                 2297891  360446911                   0  360446         22.20-         0.00               22.20-
ADJ 349783  LFWAY LF CAPPUCINO K   12 0032.00  000000  0360446         22.20-         1.00  CS  OUT OF CODE DAMAGED 8/5/06
                 2297891  360448911                   0  360448         44.40-         0.00               44.40-
ADJ 349784  LFWAY LF POMEGRANITE   12 0032.00  000000  0360448         44.40-         2.00  CS  OUT OF CODE DAMAGED 8/5/06
                 2297891  360450911                   0  360450         31.20-         0.00               31.20-
ADJ 349796  LFWAY LF BAN/STRAW K   24 0008.00  000000  0360450         31.20-         2.00  CS  OUT OF CODE DAMAGED 8/5/06
                 2297891  396924911              000000  396924         22.20-         0.00               22.20-
ADJ 349779  LFWAY LF RASPBERRY K   12 0032.00  000000  0396924         22.20-         1.00  CS  OUT OF CODE DAMAGED 8-12-06
                 2297891  396925911                   0  396925         22.20-         0.00               22.20-
ADJ 349782  LFWAY LF BAN/STRAW K   12 0032.00  000000  0396925         22.20-         1.00  CS  OUT OF CODE DAMAGED 8-12-06
                 2297891  396928911              000000  396928         30.60-         0.00               30.60-
ADJ 349787  LFWAY GREEK STYLE KE   12 0032.00  000000  0396928         30.60-         1.00  CS  OUT OF CODE DAMAGED 8-12-06
                 2297891  396931911                   0  396931         31.20-         0.00               31.20-
ADJ 349792  LFWAY LF PLAIN KEFIR   24 0008.00  000000  0396931         31.20-         2.00  CS  OUT OF CODE DAMAGED 8-12-06
                 2297891  DC483208                     0  009884        423.59-         0.00              423.59-
                 2297891  DC495469                     0  011038        554.57-         0.00              554.57-

                                                                                                       2,955.44
```

# Fax Message

**To:**       RAYA

**Fax:**      8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**     9/19/2006 5:11 PM
**Pages:**   1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT





**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.B. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a.  Check stub remittance
  b.  Copy of check cover-sheet
  c.  Letter detailing your dispute claim.
  d.  Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e.  Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

# Fax Message

| | |
|---|---|
| **To:** | RAYA |
| **Fax:** | 8479676558 |
| **From:** | C & S WHOLESALE GROCERS |

| | |
|---|---|
| **Date:** | 9/19/2006 5:11 PM |
| **Pages:** | 1 of 3 (including this page) |
| **Subject:** | CHECK COVER SHEET REPORT |



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 631
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a.   Check stub remittance
  b.   Copy of check cover-sheet
  c.   Letter detailing your dispute claim.
  d.   Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e.   Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn:  Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note:  Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

CP605 Date 09/19/06
    LIFEWAY
    6491 W OAKTON
    NORTON GROVE IL    ZIP- 60053

C & S WHOLESALE GROCERS
CHECK COVER SHEET REPORT
31985

C&S WHOLESALE GROCERS INC.
OLD FERRY ROAD
P.O. BOX 821
BRATTLEBORO VT.  05302

PAGE   695

| | CHECK# | INVOICE# | PO NUM | VOUCHER# | GROSS | DISCOUNT | | NET |
|---|---|---|---|---|---|---|---|---|
| | | | | 0 | 200036 | 22.20- | 0.00 | | 22.20- |
| ADJ | 349782 | LFWAY LF BAN/STRAW K | 12 0032.00 | 000000 | 0200036 | 22.20- | 1.00 | CS | OUT OF CODE DAMAGE 8-19-06 |
| | 7785583 | 3150 | 818511 | 318754 | 5,314.20 | 0.00 | | 5,314.20 |
| | 7785583 | DCS07723 | 0 | 012203 | 2,406.53- | 0.00 | | 2,406.53- |
| | 7785583 | DCS10435 | 0 | 013317 | 1,096.59- | 0.00 | | 1,096.59- |
| | 7785583 | IQ00818522 | 818522 | 431630 | 60.00- | 0.00 | | 60.00- |
| ADJ | 000000 | | 000000 | 0431630 | 150.00- | 0.00 | CS | MULTIPLE ITEMS ON ONE PALLET |
| | 000000 | | 0 | 0 | 60.00- | 0.00 | CS | PALLET CHARGES |
| | 7785583 | IQ00818522 | 818522 | 431630 | 150.00- | 0.00 | CS | 150.00- |
| ADJ | 000000 | | 000000 | 0431630 | 150.00- | 0.00 | CS | MULTIPLE ITEMS ON ONE PALLET |
| | 000000 | | 0 | 0 | 60.00- | 0.00 | CS | PALLET CHARGES |

                                              1,578.88

# Fax Message

**To:**       RAYA

**Fax:**      8479676558

**From:**   C & S WHOLESALE GROCERS


**Date:**     9/19/2006 5:11 PM
**Pages:**    1 of 3 (including this page)
**Subject:**  CHECK COVER SHEET REPORT



**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.B. BOX 821
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  - a. Check stub remittance
  - b. Copy of check cover-sheet
  - c. Letter detailing your dispute claim.
  - d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  - e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 09/19/06              C & S WHOLESALE GROCERS
      LIFEWAY                    CHECK COVER SHEET REPORT    C&S WHOLESALE GROCERS INC.
      6431 W OAKTON              31985                       OLD FERRY ROAD          PAGE  699
      MORTON GROVE IL   ZIP- 60053                           P.O. BOX 821
      CHECK#        INVOICE#                  PO NUM  VOUCHER#   BRATTLEBORO VT.  05302
                                                              GROSS    DISCOUNT       NET
                                                                                     0.00
                          C & S WHOLESALE GROCERS
                          UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:          51
INVOICE DATE:           09/17/06          REMIT TO:  C & S WHOLESALE
INVOICE NUMBER:         DC510435-000100172            OLD FERRY ROAD
CONTROL NUMBER:         51-EE00031985                 BRATTLEBORO, VT  05301
AP NUMBER:              31985                         ATTN: ACCOUNTS RECEIVABLE
DISPOSITION CODE:       AA
                                          PLEASE INCLUDE INVOICE NUMBER WHEN
                                          RESPONDING

BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                        UNSALEABLES
========================================================================
                    ITEM                    PRE
        ITEM        NUMBER              DAMAGE
UPC     DESCRIPTION          QTY   COST  DPC      TOTALS
------------------------------------------------------------------------
01707700132  °ORGANIC LF PLA      32   2.00  .1378    68.41
01707700232  °ORGANIC LF STR      21   2.00  .1378    44.89
01707700332  °ORGANIC LF RAS      10   2.00  .1378    21.38
01707700432  °ORGANIC LF PEA      28   2.00  .1378    59.86
01707710208  *LF PLAIN KEFIR      24    .65  .0447    16.68
01707710232  LIFEWAY PLAIN K      35   1.85  .1274    69.20
01707710308  °LF STRAWBERRY       14    .65  .0447     9.73
01707710332  LIFEWAY STRAWRE      29   1.85  .1274    57.34
01707710432  °LIFEWAY LF RAS      53   1.85  .1274   104.80
01707710632  °LF CAPPUCCINO       25   1.85  .1274    49.44
01707710708  °LF BAN/STRWBRY      11    .65  .0447     7.64
01707710732  LIFEWAY LF BAN/      24   1.85  .1274    47.46
01707710832  LIFWAY KEFIR PE       1   2.30  .1584     2.46
01707710932  °LIFEWAY LF BLEB     25   1.85  .1274    49.44
01707711732  °LIFEWAY GREEK       48   2.55  .1756   130.84
01707712132  °LIFEWAY LF POM      89   1.85  .1274   175.99
                                ======          ==============
                                  469                   915.56
```

```
SUMMARY OF RETURN/PROCESSING COSTS              EXPENSE    EXTENDED
                                                PER ITEM   TOTAL
--------------------------------------------------------------------
                         CENTER OPTION           .0190      8.91
                    OPERATIONS THRU SCAN         .2390    112.09
                     PROCESSING CHUTE:   °      0.0000      0.00
                     TOTAL REC CENTER COST       .2580      0.00
                 A. POST DAMAGE HANDLING         .1280     60.03
                 B. RECLAMATION CENTER          0.0000      0.00
                                              ==================
                     INVOICE TOTAL                        1,096.59
```

```
ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 09/10/06 TO Sep 16 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9971.
```

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS


**Date:**    9/26/2006 5:39 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT





**C&S WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 621
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a.   Check stub remittance
  b.   Copy of check cover-sheet
  c.   Letter detailing your dispute claim.
  d.   Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e.   Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn:  Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note:  Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 09/26/06          C & S WHOLESALE GROCERS     C&S WHOLESALE GROCERS INC.    PAGE 2661
          LIFEWAY            CHECK COVER SHEET REPORT     OLD FERRY ROAD
          6431 W OAKTON      31985                        P.O. BOX 821
          MORTON GROVE IL    ZIP- 60053                   BRATTLEBORD VT.  05302
          CHECK#      INVOICE#                PO NUM  VOUCHER#      GROSS      DISCOUNT         NET

                                                                                            0.00
```

```
                         C & S WHOLESALE GROCERS
                         UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:     52              REMIT TO:  C & S WHOLESALE
INVOICE DATE:      09/24/06                   OLD FERRY ROAD
INVOICE NUMBER:    DCS22649-000100184         BRATTLEBORO, VT  05301
CONTROL NUMBER:    52-EE000031985             ATTN: ACCOUNTS.RECEIVABLE
AP NUMBER:         31985
DISPOSITION CODE:  AA              PLEASE INCLUDE INVOICE NUMBER WHEN
                                   RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                         UNSALEABLES
==========================================================================
                                          PRE
          ITEM         ITEM               DAMAGE
UPC       DESCRIPTION  NUMBER    QTY    COST   DPC        TOTALS
==========================================================================
01707700132  °ORGANIC LF PLA     49    2.00   .1378      104.76
01707700232  °ORGANIC LF STR     41    2.00   .1378       87.65
01707700332  °ORGANIC LF RAS     47    2.00   .1378      100.49
01707700432  °ORGANIC LF PEA     50    2.00   .1378      106.89
01707710208  °LF PLAIN KEFIR    142     .65   .0447       98.65
01707710232  LIFEWAY PLAIN K     71    1.85   .1274      140.40
01707710308  °LF STRAWBERRY      90     .65   .0447       62.52
01707710332  LIFEWAY STRAWBE     76    1.85   .1274      150.29
01707710432  °LIFEWAY LF RAS    113    1.85   .1274      223.46
01707710632  °LF CAPPUCCINO      38    1.85   .1274       75.14
01707710708  °LF BAN/STRWBRY    139     .65   .0447       96.58
01707710732  LIFEWAY LF BAN/     46    1.85   .1274       90.97
01707710808  °LF PEACH KEFIR    124     .65   .0447       86.15
01707710982  LIFEWAY LF BLEB     47    1.85   .1274       92.94
01707711732  °LIFEWAY GREEK      57    2.55   .1756      155.37
01707712132  °LIFEWAY LF POM     94    1.85   .1274      185.87
01707750132  LIFEWAY FF PLAI     10    1.85   .1274       19.77
01707750432  LIFEWAY FF RASP     12    1.85   .1274       23.73
                                =====                ==============
                                 1246                      1,901.63
```

```
                                              EXPENSE     EXTENDED
SUMMARY OF RETURN/PROCESSING COSTS            PER ITEM    TOTAL

                     CENTER OPTION              .0190       23.67
                     OPERATIONS THRU SCAN       .2390      297.79
                     PROCESSING CHUTE:   *      0.0000       0.00
                     TOTAL REC CENTER COST      .2580       0.00
                  A. POST DAMAGE HANDLING       .1280      159.48
                  B. RECLAMATION CENTER        0.0000       0.00
                                                       ==============
                     INVOICE TOTAL                          2,382.57
```

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 09/17/06 TO Sep 23 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

**To:**      RAYA

**Fax:**     8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    9/26/2006 5:39 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



**WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.O. BOX 321
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  - a. Check stub remittance
  - b. Copy of check cover-sheet
  - c. Letter detailing your dispute claim.
  - d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  - e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605 Date 09/26/06              C & S WHOLESALE GROCERS      C&S WHOLESALE GROCERS INC.      PAGE 2659
        LIFEWAY                  CHECK COVER SHEET REPORT      OLD FERRY ROAD
        6431 W OAKTON            31985                         P.O. BOX 821
        MORTON GROVE IL    ZIP- 60053                          BRATTLEBORO VT.  05302
          CHECK#      INVOICE#                  PO NUM  VOUCHER#      GROSS        DISCOUNT              NET
        2299221   245985137                        0  245985        24.48-         0.00              24.48-
ADJ 208843   LIFEWAY LF RASP KEFI   12   32.00  000000  0245985     24.48-         1.00  CS  OUT OF CODE DAMAGED WK 8/26/0
        2299221   245986137                        0  245986        24.48-         0.00              24.48-
ADJ 208846   LIFEWAY LF POMGRNT K   12   32.00  000000  0245986     24.48-         1.00  CS  OUT OF CODE DAMAGED WK 8/26/0
        2299221   245987137                        0  245987        15.60-         0.00              15.60-
ADJ 208851   LF PEACH KEFIR         24    8.00  000000  0245987     15.60-         1.00  CS  OUT OF CODE DAMAGED WK 8/26/0
        2299221   3148                     911809  331261       11,266.80         0.00          11,266.80
        2299221   3261                     137914  351678       21,381.60         0.00          21,381.60
        2299221   3262                     818240  351681       16,438.80         0.00          16,438.80
        2299221   DCS22649                      0  014466        2,382.59-         0.00           2,382.59-

                                                                                               46,640.05
```

# Fax Message

**To:**       RAYA

**Fax:**      8479676558

**From:**    C & S WHOLESALE GROCERS

**Date:**    10/3/2006 5:12 PM
**Pages:**   1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT





# CS WHOLESALE GROCERS, INC.

OLD FERRY ROAD P.O. BOX 521
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
  a. Check stub remittance
  b. Copy of check cover-sheet
  c. Letter detailing your dispute claim.
  d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
  e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605  Date 10/03/06                  C & S WHOLESALE GROCERS
         LIFEWAY                       CHECK COVER SHEET REPORT      C&S WHOLESALE GROCERS INC.    PAGE  713
         6431 W OAKTON                 31985                         OLD FERRY ROAD
         MORTON GROVE IL    ZIP- 60053                               P.O. BOX 821
         CHECK#        INVOICE#                  PO NUM  VOUCHER#    BRATTLEBORO VT.  05302
                                                                      GROSS        DISCOUNT         NET

                                     C & S WHOLESALE GROCERS                                        0.00
                                     UNSALEABLE INVOICE - AUTHORIZED
PERIOD NUMBER:        53                          REMIT TO:  C & S WHOLESALE
INVOICE DATE:         10/01/06                               OLD FERRY ROAD
INVOICE NUMBER:       DC534803-000100191                     BRATTLEBORO, VT  05301
CONTROL NUMBER:       53-EE00031985                          ATTN: ACCOUNTS RECEIVABLE
AP NUMBER:            31985
DISPOSITION CODE:     AA                          PLEASE INCLUDE INVOICE NUMBER WHEN
                                                  RESPONDING


BILL TO :  LIFEWAY
           6431 W OAKTON
```

```
                               UNSALEABLES
=============================================================================

                  ITEM          ITEM                          PRE
                  DESCRIPTION   NUMBER     QTY      COST       DAMAGE
UPC                                                           DPC        TOTALS
=============================================================================
01707700132       *ORGANIC LF PLA           36     2.00       .1378      76.96
01707700232       *ORGANIC LF STR           90     2.00       .1378      192.41
01707700332       *ORGANIC LF RAS          131     2.00       .1378      280.05
01707700432       *ORGANIC LF PEA           80     2.00       .1378      171.02
01707710208       *LF PLAIN KEFIR          334      .65       .0447      232.03
01707710232       LIFEWAY PLAIN K          139     1.85       .1274      274.86
01707710308       *LF STRAWBERRY           336      .65       .0447      233.43
01707710332       LIFEWAY STRAWBE          135      .65       .0447      266.96
01707710432       *LIFEWAY LF RAS          209     1.85       .1274      413.28
01707710632       *LF CAPPUCCINO           113     1.85       .1274      223.45
01707710708       *LF BAN/STRWBRY          414      .65       .0447      287.63
01707710732       LIFEWAY LF BAN/          136     1.85       .1274      268.92
01707710808       *LF PEACH KEFIR          416      .65       .0447      288.01
01707710932       LIFEWAY LF BLEB          130     1.85       .1274      257.07
01707711732       *LIFEWAY GREEK           142     2.55       .1756      307.05
01707712132       *LIFEWAY LF POM          143     1.85       .1274      282.74
                                          =====                        ==============
                                          2984                          4,136.87
```

```
SUMMARY OF RETURN/PROCESSING COSTS                    EXPENSE       EXTENDED
                                                      PER ITEM      TOTAL
-------------------------------------------------     --------      --------
                     CENTER OPTION                     .0190         56.69
                     OPERATIONS THRU SCAN              .2390         713.17
                     PROCESSING CHUTE:        *       0.0000         0.00
                     TOTAL REC CENTER COST            .2580          0.00
                A. POST DAMAGE HANDLING               .1280          381.95
                B. RECLAMATION CENTER               0.0000           0.00
                                                               ==============
                     INVOICE TOTAL                              5,288.68
```

ABOVE IS A LIST OF THE UNSALEABLES PROCESSED FROM 09/24/06 To Sep 30 06
AT ALL OF OUR RECLAMATION FACILITIES. FOR ADDITIONAL INFORMATION CONTACT
THE RECLAIM OFFICE AT 413-247-0053 OR BY FAX 413-247-9371.

# Fax Message

**To:**     RAYA

**Fax:**    8479676558

**From:**   C & S WHOLESALE GROCERS

**Date:**   10/3/2006 5:12 PM
**Pages:**  1 of 3 (including this page)
**Subject:** CHECK COVER SHEET REPORT



**WHOLESALE GROCERS, INC.**

OLD FERRY ROAD P.B. BOX 121
BRATTLEBORO, VERMONT 05302
EXECUTIVE OFFICE (802) 257-4371

March 22, 2004

To Our Valued Vendors,

As you are aware C&S continues to grow at an amazing rate. In order to maintain consistency and have the appropriate information provided to process your claim, we would like to reiterate our Vendor Relations policy. Your support in adhering to this policy is greatly appreciated and will aid in the timely processing of your claim.

- The following information must accompany any request / claim that arrives in Vendor Relations
    a. Check stub remittance
    b. Copy of check cover-sheet
    c. Letter detailing your dispute claim.
    d. Quantity deductions should include invoice copy and BOL with a clear C&S signature on it.
    e. Please include a contact person's name, phone number, fax number and mailing address..

- All requests should be faxed to our Vendor Relations Department at 802-257-6612 attn: Vendor Relations

- Requests faxed without proper documentation will not be processed.

- Please note: Due to the volume that is processed through our Vendor Relations Department, the deduction resolution takes approximately 4 to 8 weeks.

- After the above timeframe has elapsed please direct any status requests to our phone bank at 802-257-6676.

Sincerely,

Susan Finn
Director of A/P and Vendor Relations

```
CP605  Date 10/03/06            C & S WHOLESALE GROCERS       C&S WHOLESALE GROCERS INC.    PAGE  711
       LIFEWAY                  CHECK COVER SHEET REPORT       OLD FERRY ROAD
       6431 W OAKTON            31585                          P.O. BOX 821
       MORTON GROVE IL   ZIP- 60053                            BRATTLEBORO VT.  05302
            CHECK#      INVOICE#              PO NUM  VOUCHER#     GROSS    DISCOUNT           NET
ADJ 349778   LFWAY LF PLAIN KEFIR    12 0032.00      0 282667    1,043.40-     0.00        1,043.40-
     7786795  282667911                 000000 0282667          1,043.40-    47.00  CS     W/E 9/2 OUT OF CODE CODE 7
ADJ 349505   LIFEWAY LF BLEBRY KE    12  32.00       0 321709     288.60-      0.00          288.60-
     7786795  321709818                 000000 0321709            288.60-    13.00  CS     W/E 9/9 OUT OF CODE CODE 7
ADJ 349787  *LFWAY GREEK STYLE K     12 0032.00      0 321722      91.80-      0.00           91.80-
     7786795  3339                      911833 391534             91.80-      3.00  CS     W/E 9/9 OUT OF CODE CODE 7
     7786795  370663818                 000000 0370663         11,441.40      0.00        11,441.40
ADJ 008854   LIFEWAY FF RASPBERRY    12 0032.00      0 370663     133.20-      0.00          133.20-
     7786795  371411137                 000000 0371411            133.20-     6.00  CS     W/E 9/16 OUT OF CODE CODE 7
ADJ 208846   LIFEWAY LF POMGRNT K    12  32.00       0 371411      66.60-      0.00           66.60-
     7786795  371413137                 000000 0371413            66.60-      3.00  CS     W/E 9/16 OUT OF CODE DAMAGE
ADJ 208847  *LIFEWAY GREEK STYL      12  32.00       0 371413      30.80-      0.00           30.60-
     7786795  373895137                 000000 0371414            30.60-      1.00  CS     W/E 9/16 OUT OF CODE DAMAGE
ADJ 208850  *LF BAN/STWRBRY KEFI     12 0032.00      0 371414      44.40-      0.00           44.40-
     7786795  373895                    000000 0373895            44.40-      2.00  CS     W/E 9/16 OUT OF CODE DAMAGE
ADJ 208843   LIFEWAY LF RASP KEFI    12  32.00       0 373895      44.40-      0.00           44.40-
     7786795  380267818                 000000 0373895            44.40-      2.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
ADJ 008842   LIFEWAY STRAWBERRY K    12  32.00       0 380267      22.20-      0.00           22.20-
     7786795  380270818                 000000 0380267            22.20-      1.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
ADJ 008843   LIFEWAY LF RASPBERRY    12  32.00       0 380270      44.40-      0.00           44.40-
     7786795  380274818                 000000 0380270            44.40-      2.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
ADJ 008848   LIFEWAY LF CHERRY KE    12 0032.00      0 380274      66.60-      0.00           66.60-
     7786795  380276818                 000000 0380274            66.60-      3.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
ADJ 008850   LIFEWAY LF BAN/STRBR    12  32.00       0 380276      66.60-      0.00           66.60-
     7786795  380432911                 000000 0380276            66.60-      3.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
ADJ 349783  *LFWAY LF CAPPUCINO      12 0032.00      0 380432      22.20-      0.00           22.20-
     7786795  380434911                 000000 0380432            22.20-      1.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
ADJ 349796  *LFWAY LF BAN/STRAW      24 0008.00      0 380434      31.20-      0.00           31.20-
     7786795  DC534803                  000000 0380434            31.20-      2.00  CS     W/E 9-09-06 OUT OF CODE DAMAG
     7786795  IQ00818922               818922 439443           5,288.69-      0.00         5,288.69-
ADJ 000000                              000000 0439443            150.00-      0.00          150.00-
                                        000000 0439443            150.00-      0.00  CS     IMPROPER BLOCK OR TIER

                                                                                           4,006.51
```