## CERTIFICATE OF SERVICE

Jay R. Hoffman, an attorney, certifies that on November 20, 2007, he caused the foregoing pleading to be served by first-class U.S. mail on the following attorney:

07 C 6568

Richard N. Kessler
McDonald Hopkins LLC
Suite 590
640 North LaSalle Street
Chicago, IL 60610-3731

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

s/ Jay R. Hoffman