UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIFEWAY FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6568 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| C&S WHOLESALE GROCERS, INC., | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant C&S Wholesale Grocers, Inc. ("C&S"), by its attorney and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and with the agreement of Plaintiff Lifeway Foods, Inc. ("Lifeway"), respectfully asks this Court to extend the time for C&S to respond to the recently removed complaint for 21 days, until December 20, 2007.

In support of this motion, C&S states as follows:

1.     On September 21, 2007, Plaintiff Lifeway Foods, Inc. ("Lifeway") brought this action in the Circuit Court of Cook County, Illinois.

2.     C&S received service of the summons and complaint on October 23, 2007.

3.     On November 20, 2007, C&S timely removed this action to this Court. Accordingly, C&S's response to the complaint presently is due on November 29, 2007, which is after the date of the filing of this motion.

4.     C&S and its counsel need additional time to investigate and prepare a response to the lengthy and detailed allegations of the complaint. Among other things, C&S is in the process

of conducting informal discussions with Lifeway's counsel about certain factual issues that may expedite a partial or complete resolution of this action.

5. C&S's counsel Jay Hoffman discussed this request for an extension of time with Lifeway's counsel Richard Kessler, who was kind enough to agree to the request.

WHEREFORE, C&S respectfully ask this Court to extend the time for C&S to respond to the complaint for 21 days, until December 20, 2007.

                              Respectfully submitted,

                              C&S WHOLESALE GROCERS, INC.


                              By  /s Jay R. Hoffman
                                  Its Attorney

Jay R. Hoffman  (No. 6193213)
Suite 1800
303 West Madison Street
Chicago, IL 60606
(312) 899-0899
jay@hoffmanlegal.com

2