UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIFEWAY FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.  07  C  6568 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| C&S WHOLESALE GROCERS, INC., | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

Please take notice that on Tuesday, December 4, 2007, at 9:30 a.m., we will appear before Judge Matthew F. Kennelly in Courtroom 2103, U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached agreed motion.

C&S WHOLESALE GROCERS, INC.

By  /s Jay R. Hoffman
     Its Attorney

Jay R. Hoffman  (No. 6193213)
Suite 1800
303 West Madison Street
Chicago, IL 60606
(312) 899-0899
jay@hoffmanlegal.com