# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6568 | **DATE** | 12/4/2007 |
| **CASE TITLE** | Lifeway Foods, Inc. Vs. C&S Wholesale Grocers | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion for extension of time is granted. Response to complaint is to be filed by 12/20/07.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|