UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Lifeway Foods, Inc.
                Plaintiff,

v.                               Case No.: 1:07−cv−06568
                               Honorable Matthew F. Kennelly

CS Wholesale Grocers, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

      MINUTE entry before Judge Matthew F. Kennelly :Set/reset hearingsStatus hearing of 1/30/2008 is vacated and reset for 1/29/2008 at 09:00 AM., by request of the parties. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.