## CERTIFICATE OF SERVICE

Jay R. Hoffman, an attorney, certifies that on December 20, 2007, he caused the foregoing pleading to be served electronically pursuant to ECF on the following attorneys:

Peter Todd Berk
pberk@mcdonaldhopkins.com, costachowski@mcdonaldhopkins.com, mdominguez@mcdonaldhopkins.com

Jenny Rae Jamiolkowski
jjamiolkowski@mcdonaldhopkins.com

Richard N. Kessler
rkessler@mcdonaldhopkins.com, costachowski@mcdonaldhopkins.com, thett@mcdonaldhopkins.com

s/ Jay R. Hoffman